Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of Columbia

_Washington DC_ Division

Dr. Latosha A. Ward

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Booz Allen Hamilton

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☑ Yes ☐ No

Case: 1:25−cv−02370 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 7/18/2025
Description: Employ. Discrim. (H−DECK)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dr. Latosha A. Ward |
| Street Address | 65 TW Alexander Dr #13281 |
| City and County | Durham, Durham County |
| State and Zip Code | North Carolina, 27709 |
| Telephone Number | 919-605-6019 |
| E-mail Address | laward@yahoo.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

RECEIVED

JUL 18 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Booz Allen Hamilton in care of Attorney Marc Campsen |
| Job or Title *(if known)* | Attorney of Record on behalf of Booz Allen Hamilton |
| Street Address | 8283 Greensboro Drive |
| City and County | McLean, Fairfax County |
| State and Zip Code | Virginia, 22102 |
| Telephone Number | (703) 902-5000 |
| E-mail Address *(if known)* | Employee_Relations@bah.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Booz Allen Hamilton |
| Street Address | 8283 Greensboro Drive |
| City and County | McLean, Fairfax County |
| State and Zip Code | Virginia, 22102 |
| Telephone Number | (703) 902-5000 |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

Executive Order 13152 - Marital status discrimination

☑    Relevant state law *(specify, if known)*:

In Washington, D.C., the District of Columbia Human Rights Act prohibits marital status discrimi

☑    Relevant city or county law *(specify, if known)*:

DC(OHR) enforces the (DCHRA),discrimination for people that live, visit, or work in DC

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*:

    *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
8/29/22 to present date of this federal filing

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race
- ☑ color
- ☑ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows. Attach additional pages if needed.

See attached: Full EEOC Charge Response from Plaintiff. Not only did Booz Allen Hamilton take the discriminatory actions by setting up humiliation meetings to discredit Latosha by devaluing her ability to work by claiming someone of her race, sex, disability, age, and familial status limited her value at Booz Allen Hamilton, the representatives, took their efforts too far. The actions of devaluing her based on her race, sex, disability, age, and familial status are well documented in their own admission noted in the Response Statement, emails submitted in the Exhibits by Latosha, verbally during meetings, and through their actions to refuse to comply with correction after Latosha reported it verbally, in writing, through the People Services team members, through the assigned investigator by Zoom meetings, to Senior Vice

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.  **Exhaustion of Federal Administrative Remedies**

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
12/1/2024

B.      The Equal Employment Opportunity Commission *(check one)*:

☐       has not issued a Notice of Right to Sue letter.

☑       issued a Notice of Right to Sue letter, which I received on *(date)*  05/27/2025         .
*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐       60 days or more have elapsed.

☑       less than 60 days have elapsed.

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attached for full relief- The Moving Party respectfully petitioning the federal court judgement that includes Equitable Relief (Make Whole Relief) to restore the Moving Party to the position Latosha would have been in if the discrimination hadn't occurred. Latosha has a right to back pay, front pay, reinstatement, promotion, and the truth about her in performance ratings. The Moving Party respectfully requests both punitive and compensatory damages requiring Booz Allen Hamilton being ordered to pay the Moving Party not only for the actual losses suffered (compensatory damages), but also an additional amount meant to punish Booz Allen Hamilton for their egregious conduct and deter future similar actions (punitive damages) to hold Booz Allen Hamilton accountable for both the harm caused and the malicious nature of their actions.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/18/25

Signature of Plaintiff: _Latosha Ward – wet seal_

Printed Name of Plaintiff: _Latosha Ward_

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Case: 1:25–cv–02370 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 7/18/2025
Description: Employ. Discrim. (H–DECK)

LATOSHA A. WARD                )    The United States District Court for The
                              )    District of Columbia, Washington, DC
                              )    Division **Case No: To Be Assigned**
                              )    **EEOC Number:**
**v.**                         )    570-2024-03749
                              )
BOOZ ALLEN HAMILTON            )
                              )
                              )

**COMPLAINT FOR EMPLOYMENT
DISCRIMINATION**

---

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

---

Latosha A. Ward, Charging Party



RECEIVED

JUL 18 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

TABLE OF CONTENTS

Table of Contents ..........................................................................................................................i
Table of Authorities .....................................................................................................................iii
I. Summary and Introduction.......................................................................................................13
II Evidence Submitted and Factual Background  .......................................................................15
III. Statement of Undisputed Facts and Legal Analysis …………………………..……...….………72
IV. Summary Judgment Standard Addressing Employer's Claims............................................73
V. Argument Addressing Missing Information …………….……………………………...……74

A. Booz Allen Hamilton bears a heavy burden of proof that is not observed in any of the Booz Allen Hamilton's EXHIBITS submitted to the EEOC during the 1-and-a-half-year internal investigation prior to Latosha A. Ward's termination date of April 4, 2024. The administrative exemption is to be "narrowly construed." Booz Allen Hamilton not only bears the burden of proof, but in the EEOC it must demonstrate that the exemption applies "plainly and unmistakably."…………………………………………………………………………..…...…6

B. The EEOC protects applicants, employees, and former employees. The laws apply to all types of employment decisions, including hiring, firing, promotions, training, wages, and benefits. Latosha A. Ward received the federal right to sue letter from the EEOC on May 27, 2025 with the right to file the federal lawsuit under The United States District Court for The District of Columbia, Washington, DC Division, as the Plaintiff worked and served the Washington, DC location on numerous federal projects (with the last project including the Department of Homeland Security Headquartered in Washington, DC. This Complaint for Employment Discrimination will further expand on her most recent retaliatory experiences that were extended by Booz Allen Hamilton after receiving the federal Charge of Discrimination that now includes the Social Security Administration OIG investigation in which Booz Allen Hamilton employs contractors within the federal agency with conflict of interest. The This Complaint for Employment Discrimination  will also address the employer's false claims in which Latosha A. Ward previously provided undeniable evidence and Exhibits to The United States District Court for The District of Columbia, Washington, DC Division and in this This Complaint for Employment Discrimination.

The Complaint for Employment Discrimination will also provide a legal analysis of the allegations including irrefutable patterns of Discrimination from Booz Allen Hamilton who consistently and openly admitted to the Discrimination directly to Latosha A. Ward, but refusal to correct or stop the discrimination or the retaliation in which Latosha A. Ward is still currently facing as of the date of this This Complaint for Employment Discrimination. Latosha A. Ward has accepted and responded via email to the 10-day This Complaint for Employment Discrimination opportunity to counter the employer's position and present their own perspective to the EEOC utilizing Booz Allen Hamilton's own very clear and significantly blatant misrepresentation of facts in their own position statement filed directly to the EEOC as a public statement.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

Pursuant to the Title VII of the Civil Rights Act of 1964: This law prohibits discrimination based on race, color, religion, sex, or national origin. It also covers pregnancy, sexual orientation, and transgender status. The seven grounds of discrimination identify applicants, employees and former employees are protected from employment discrimination based on race, color, religion, sex (including pregnancy, sexual orientation, or transgender status), national origin, age (40 or older), disability and genetic information (including family medical history). In Washington, D.C., the District of Columbia Human Rights Act prohibits discrimination based on marital status. The DCHRA offers broader protection against discrimination related to family than federal laws, such as the EEOC's.

Marital status discrimination, also called familial status discrimination, is discrimination based on whether an employee is married or single, or whether they have children. In addition, discrimination may occur if someone is unmarried and has children. parental status discrimination is illegal under Executive Order 13152. A protected trait is a characteristic or attribute of a person that is legally safeguarded from discrimination or unfair treatment. In Washington, DC, the DC Office of Human Rights (OHR) enforces the DC Human Rights Act (DCHRA), which makes discrimination illegal based on 23 protected traits for people that live, visit, or work in DC.

Latosha A. Ward also reported that marital status discrimination occurred from Booz Allen Hamilton on several occasions when an employer denies an employee employment or promotions, harasses, pays less, or otherwise takes negative employment action against an employee because of the employee's status as recently single or formerly married Veteran spouse who became divorced after her hire date. Booz Allen Hamilton not only admitted familial status discrimination in its Respondent statement but provided in writing the detail and extent of their blatant discrimination to the EEOC in writing by creating libel in their Respondent statement response despite Latosha A. Ward's evidence submitted to the EEOC and directly to Booz Allen Hamilton internally before filing with the EEOC for a period of over one ½ years.

- According to the Bureau of Labor Statistics, at least one parent was employed in 88.5 percent of families with children, and among married couples with children, 95.3 percent had at least one employed parent in 2020, and 59.8 percent had both parents employed.

Obviously, the workforce is family-based and needs to accommodate those needs. But when your Booz Allen Hamilton treated Latosha A. Ward unfairly because of her family and marital status covered under 5 USC 3330d: Appointment of military and Department of Defense civilian spouses, the Uniformed Services Former Spouses' Protection Act (USFSPA), 10 U.S.C. 140, and the Military Review of Federal Former Spouse Protection Laws Pub. L. 105–85, div. A, title VI, §643, Nov. 18, 1997, 111 Stat. 1799 , directed the Secretary of Defense to carry out a comprehensive review of the protections, benefits, and treatment afforded under Federal law to members and former members of the uniformed services and former spouses of such persons and to employees and former employees of the Government and former spouses of such persons and to submit to committees of Congress a report on the results of such review not later than Sept. 30, 1999.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

– Page 3 of 36

Americans with Disabilities Act (ADA): This Act prohibits discrimination against individuals with disabilities. Booz Allen Hamilton knowingly discriminated against Latosha A. Ward based on her disability in which her Disability Ticket to Work federal program met and introduced a Booz Allen Hamilton recruiter at a hiring event in March 2022 and Latosha A. Ward was hired August 15, 2022 by the same Booz Allen Hamilton recruiter. Booz Allen Hamilton was fully aware that the Ticket to Work prohibits Social Security Administration (SSA) from initiating continuing disability reviews (CDRs) during any period a beneficiary is participating in the program, including the Trial Work Period (TWP). Ticket to Work and Continuing Disability Reviews (CDRs): The Ticket to Work program, a voluntary program to assist individuals with disabilities obtain and retain employment, includes a provision that the SSA cannot initiate a CDR during any period a beneficiary is participating in the program. Despite Booz Allen Hamilton's own admission in their Respondent statement, the firm still took both illegal and retaliatory actions against Latosha A. Ward for interviewing with a new Career Manager after experiencing discrimination from her current team and Career Manager, finding a new role and being offered the new position in writing- only for her Current Career Manager to retaliate and slander Latosha A. Ward causing the new job offer internally to be rescinded. The misrepresentation of facts provided in Booz Allen Hamilton's Respondent statement undeniably refuted with Latosha A. Ward's email evidence and exhibit confirm that Booz Allen Hamilton misrepresented the facts when creating libel that the reason for terminations was due to " separated from the company due to lack of billable work matching your skillset" when the firm knowingly had written evidence denying this statement before responding to the EEOC.

Booz Allen Hamilton has a well-documented pattern that is involved in intimidation, humiliation, and unlawful actions against Latosha A. Ward by involving partners that manage her employee benefits, life insurance, federal agencies, systems, Hiring Our Heroes veteran spouse workforce counselors, and people directly involved in the Latosha A. Ward's very basic needs as defined by Maslow's Hierarchy of Needs of every human. Despite the well documented historical pattern submitted to four Senior Vice Presidents and an internal investigator, Booz Allen Hamilton continues to defy federal, state, and local due process while spreading misinformation across local, national, and global systems and teams by unethically involving these unbeknownst agencies and its representatives with blatant libel, slander, extended discrimination, and retaliations that is still ongoing as of the date of this This Complaint for Employment Discrimination .

Per Social Security Administration, 20 CFR Part 411 , RIN 0960-AF-11, Subpart C—Suspension of Continuing Disability Reviews for Beneficiaries Who Are Using a Ticket. Although only the Federal SSA Headquarters administers Indoctrinated Individual audits (last conducted in 2023) to ensure federal PHI/PII/HIPPA standards are followed without redundancy or exploitation of those with Secret and/or Trusted Clearances through the SSA Office Headquarters, 6401 Security Blvd, Baltimore, MD 21235, a Notice of Proposed Decision during Ticket to Work Trial Work Period was created and mailed to the Beneficiary requiring a response in 10 days of March 26, 2025.

The beneficiary born with a disability (1977) identified in the case analysis is a SSDI Beneficiary only and never applied for or received SSI Benefits through the State of NC. The case analysis seeks to provide the historical context needed to provide clarification and contextual comprehension regarding the beneficiary's voluntarily participation in federal opportunity to

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

utilize an Employment Network Ticket to Work Program and WRP Federal Disability Employment program that focuses on valuing those with Disabilities to find appropriate gainful employment only if they voluntarily choose per TITLE XVI--SUPPLEMENTAL SECURITY INCOME FOR THE AGED, BLIND, AND DISABLED Sec. 1633. (a) and Sec. 1147 (i).

The Beneficiary is currently assigned a Ticket and Obtained a Schedule A Designation since 2016 under the counsel of an Employment Network with expectations to obtain a competitive federal salary matching efforts to retrain, obtain certifications justifying proper compensation, while completing advanced learning to obtain federal work in fields despite their limitations in which the Beneficiary was born. The beneficiary's voluntary decision is closely administered and legally included by The White House Health Equity Order, Veterans Administration Protected Former Veteran Spouse Order, US Department of Labor Office of Disability Employment Policy and Department of Defense. Despite these efforts, the Beneficiary continues to be the target of retaliation that has resulted in extreme PHI, PII, and HIPPA violations and unjustified reviews and audits.

**Equal Pay Act of 1963:**

This Act prohibits paying different wages to men and women for equal work.

Color

Race

Sex

Disability

Age

Familial status : District of Columbia Human Rights Act, Protected Veteran's spouse Federal Former Spouse Protection Laws
Pub. L. 105–85, div. A, title VI, §643, Nov. 18, 1997, 111 Stat. 1799, Executive Order 13152 ....................................................................................................................................7

Retaliated against for engaging in protected activity of Veteran spouse, Secret Clearance and Trusted Clearance

C. Booz Allen Hamilton also does not meet the administrative exemption under Title VII of the Civil Rights Act of 1964: This law prohibits discrimination based on race, color, religion, sex, or national origin nor identified any evidence or exhibits regarding their response to the EEOC that "an offer being rescinded due to undisclosed disability." Or evidence "contending Latosha A. Ward was separated from the company due to lack of billable work matching your skillset."

Despite the 33,000 plus employee based federal contractor obtaining significant health federal contracts in Latosha A. Ward's skillset of a Doctor of Health Equity (2022), both Secret (2022) and DoD Trusted Clearances (2023), global Project Management PMP, risk management, and earning several DoD Cybersecurity certifications and hours to help the firm meet contractual

obligations, the firm's response to the EEOC intentionally omitted all due diligence required by the EEOC and their own Executive leadership's Non-Discrimination policies, procedures, and protocols. Booz Allen Hamilton's work related to health equity is multifaceted and focuses on leveraging technology, data, and analytics to improve health outcomes and reduce disparities. According to Booz Allen Hamilton, their key areas of focus related to Latosha A. Ward's skillset include Social Determinants of Health (SDOH) Booz Allen recognizes the significant impact of SDOH on health outcomes and actively works to address related risks and needs, Booz Allen utilizes health analytics and AI to improve health outcomes, advance research, and predict health risks, Booz Allen works with healthcare organizations to develop and implement telehealth solutions that improve access to care, reduce costs, and enhance patient experience, Booz Allen utilizes precision health approaches, which combine various data sources like health records, omics data, lifestyle factors, and SDOH to provide personalized and effective treatments, Booz Allen has a strong commitment to social innovation and partners with various organizations to address social issues, a focus on leveraging technology and data to improve healthcare access and outcomes for all- all of which Latosha A. Ward's Doctoral projects and efforts while an employee thoroughly address while receiving billions of dollars in federal contracts (Booz, 2024).

………………………………………….…………………………...............10

VI. Conclusion ................................................................... 74

# TABLE OF AUTHORITIES

CASES

**STATUTES**

**Constitutional**

Deprivation Of Rights Under Color of Law Section 242 of Title 18

The First Amendment, Title VIII of the Civil Rights Act of 1968

Title 18, U.S.C., Section 241 - Conspiracy Against Rights
First Amendment- Congress shall make no law respecting the right to petition the Government for a redress of grievances

Title IV of the Violent Crime Control and Law Enforcement Act of 1994 (P.L. 103-322 ) The Violence Against Women Act of 1994 (VAWA)

**Federal**

Presidential Policy Directive 19 (PPD-19) Employees with access to classified information may also experience retaliatory actions affecting their security clearance.

Title VII of the Civil Rights Act of 1964: This law prohibits discrimination based on race, color, religion, sex, or national origin.

The Uniformed Services Former Spouses' Protection Act (USFSPA), 10 U.S.C. 140

18 U.S.C. § 2327 which requires the Booz Allen Hamilton to pay the full amount of the Plaintiff, Latosha A. Ward's and victim's losses as determined by the court as the Plaintiff, Latosha A. Ward and extended victims related to the Plaintiff, Latosha A. Ward were directly and proximately harmed by the offense over an extended and present tense period.

The National Security Act of 1947 and Presidential Policy Directive 19 (PPD-19) federal employees and contractors with Secret Clearance and Trusted Clearance per "slander" refers to a defamatory statement made orally, while "libel" is a written defamatory statement.

5 USC 3330d: Appointment of military and Department of Defense civilian spouses

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 7 of 36

The Americans with Disabilities Act of 1990 Public law: 101-336 Statutes at Large: 104 Stat. 327 42 U.S.C. Protects people from discrimination based on Disability
Americans with Disabilities Act Accommodations 42 U.S.C. § 3604(f)(3)(B):

Per Social Security Administration, 20 CFR Part 411 , RIN 0960-AF-11, Subpart C—Suspension of Continuing Disability Reviews for Beneficiaries Who Are Using a Ticket

TITLE XVI--SUPPLEMENTAL SECURITY INCOME FOR THE AGED, BLIND, AND DISABLED Sec. 1633. (a) and Sec. 1147 (i).

HIPAA Federal Privacy rules (45 CFR § 164.501 et seq.) The Privacy Rule is a subpart of the Administrative Simplifications Regulations (45 CFR Parts 160,162, and 164

FERPA The Family Educational Rights 1974- FERPA protects the privacy interests of parents and students by restricting the unwarranted disclosure of personally identifiable information from education records.

Title V, Subtitle A of the Gramm-Leach-Bliley Act ("GLBA")[1] governs the treatment of nonpublic personal information about consumers by financial institutions. Section 502 of the Subtitle, subject to certain exceptions, prohibits a financial institution from disclosing nonpublic personal information about a consumer to nonaffiliated third parties

Dodd-Frank Act Sections 1002(12)(J), 1024(b)-(c), and 1025(b)-(c); 12 U.S.C. Sections 5481(12)(J), 5514(b)-(c), and 5515(b)-(c). Section 1002(12)(J) of the Dodd-Frank Act, Privacy of Consumer Financial Information

76 FR 79025 (Dec. 21, 2011). Pursuant to GLBA, the FTC retains rulemaking authority over any financial institution that is a person described in 12 U.S.C. Section5519

Consumer Credit Protection Act and 34 U.S.C. § 12491

12 U.S.C. 1819 (Seventh and Tenth); 15 U.S.C. 6801 *et seq.* Source: 65 FR 35216, June 1, 2000, The FDIC Privacy Rule Handbook Prohibition on sharing account numbers Part 332 Privacy of Consumer Financial Information

Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3

**State**

The District of Columbia Human Rights Act prohibits discrimination based on marital status. The DCHRA offers broader protection against discrimination related to family than federal laws, such as the EEOC's. (OHR) enforces the DC Human Rights Act (DCHRA), which makes discrimination illegal based on **23 protected traits** for people that live, visit, or work in DC.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

**Military**

DoD Instruction 6400.06, "Domestic Abuse Involving DoD Military and Certain Affiliated Personnel"


Military Review of Federal Former Spouse Protection Laws
Pub. L. 105–85, div. A, title VI, §643, Nov. 18, 1997, 111 Stat. 1799 , directed the Secretary of Defense to carry out a comprehensive review of the protections, benefits, and treatment afforded under Federal law to members and former members of the uniformed services and former spouses of such persons and to employees and former employees of the Government and former spouses of such persons and to submit to committees of Congress a report on the results of such review not later than Sept. 30, 1999.

The Uniformed Services Former Spouses' Protection Act (USFSPA), 10 U.S.C. 1408

H.R.1494 — 117th Congress (2021-2022) H.R.1494 - Zero Tolerance for Domestic Abusers Act

Military Study Concerning Benefits for Dependents Who Are Victims of Abuse
Pub L. 102–484, div. A, title VI, §653(e), Oct. 23, 1992, 106 Stat. 2429, directed the Secretary of Defense to conduct a study in order to estimate the number of persons who would become eligible to receive payments under subsec. (h) of this section during each of fiscal years 1993 through 2000 and the number of members of the Armed Forces who would be approved in each of fiscal years 1993 through 2000 for separation from the Armed Forces as a result of having abused a spouse or dependent child, and to submit to Congress a report on the results of such study not later than one year after Oct. 23, 1992.


10 USC 1408 (6): Payment of retired or retainer pay in compliance with court orders- (6) The term "spouse or former spouse" means the husband or wife, or former husband or wife, respectively, of a member who, on or before the date of a court order, was married to that member. Must be a VA competent Court.

Violence Against Women Act Reauthorization Act of 2022

5 USC 3330d: Appointment of military and Department of Defense civilian spouses


**SCHOLARLY TEXTS**

Allstate Foundation (2023) A Financial Abuse Survivor's Journey. (2023). Allstate Foundation. Retrieved From: https://allstatefoundation.org/who-we-help/

Allstate Foundation (2023) Sabotaging employment and education. Retrieved From: https://allstatefoundation.org/sabotaging-employment-and-education/

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

Biden-Harris Administration (2023) Health Equity. Executive Order On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government. Retrieved From: https://www.whitehouse.gov/briefingroom/ presidential-actions/2021/01/20/executive-order-advancing-racialequity- and-support-for-underserved-communities-through-the-federalgovernment/

Biden-Harris Administration (2023) Joining Forces Order including Divorced

Biden-Harris Administration (2023). FACT SHEET: Biden-Harris Administration Announces Sweeping Executive Actions to Strengthen Economic Opportunity for Military and Veteran Spouses, Caregivers, and Survivors. Retrieved From: https://www.whitehouse.gov/briefing-room/statementsreleases/ 2023/06/09/fact-sheet-biden-harris-administration-announcessweeping- executive-actions-to-strengthen-economic-opportunity-formilitary- and-veteran-spouses-caregivers-and-survivors/

Breaking Free. (2023). Allstate Foundation. Retrieved From: https://www.youtube.com/watch?v=ILS1_Yk_-gE

Booz Allen. (2024). Telehealth. A focus on leveraging technology and data to improve healthcare access and outcomes for all. Retrieved From: https://www.boozallen.com/markets/health/telehealth-solutions.html

Booz Allen. (2025). Healthcare and Life Sciences. Retrieved From: https://www.boozallen.com/markets/health/telehealth-solutions.html

DisARM Framework (2023). Retrieved From: https://www.disarm.foundation/

Disability Accommodations in Homebuying. https://www.hud.gov/sites/dfiles/FHEO/documents/huddojstatement.pdf

DoD Financial Management Regulation Volume 7B, Chapter 59 (2023). VICTIMS OF ABUSE - RETIREMENT ELIGIBLE MEMBERS. Retrieved From: https://comptroller.defense.gov/Portals/45/documents/fmr/archive/07barch/0 7b_59_Jun01.pdf

DOJ Order ACCESSIBLE ELECTRONICS AND INFORMATION TECHNOLOGY. Retrieved From: https://cops.usdoj.gov/accessibilityinformation And https://www.justice.gov/d9/pages/attachments/2016/06/06/0902.pdf

Justice Department (2023). Justice Department Awards $192.8 Million in Grants to Support Community Responses to Gender-Based Violence. Wednesday, September 13, 2023. Retrieved From: https://www.justice.gov/opa/pr/justice-department-awards-1928-milliongrants- support-community-responses-gender-based

Justice Department (2023). Justice Department Awards $58.8 Million in Grants to

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 10 of 36

Provide Legal Services and Improve Court Responses to Domestic and
Sexual Violence. Friday, September 8, 2023. Department of Justice Office of
Public Affairs. Retrieved From: https://www.justice.gov/opa/pr/justicedepartment-
awards-588-million-grants-provide-legal-services-and-improvecourt
www.justice.gov/ovw. 1) justice_for_families_program_awards.pdf
(80.8 KB) 2) legal_assistance_for_victims_grant_program_awards.pdf
(86.18 KB) 3) legal_assistance_for_victims_grant_program_expanding_legal_services_initi
ative_awards.pdf (74.24 KB) 4)
domestic_violence_mentor_court_technical_assistance_initiative_awards.pdf
(72.84 KB)

Maslow, A. (1947). Maslow's Hierarchy of Needs.

Meighan, K. W. (1996). For Better or for Worse: A Corporate Finance Approach to Valuing
Educational Degrees at Divorce. Geo. Mason L. Rev., 5, 193.

Michael E. Horowitz (2023) U.S. Department of Justice Office of the Inspector
General . How to Make a Protected Disclosure. U.S. Department of Justice
Office of the Inspector General . Retrieved From:
https://oig.justice.gov/hotline/whistleblower-protection

Oldham, J. T. (2021). Divorce, separation and the distribution of property. Law Journal Press.

United States Department of Justice. (2023). Lawful Access. Retrieved From:
https://www.justice.gov/olp/lawful-access#1

The Next Steps to Ending Domestic Violence: 100 Day and Ongoing
Recommendations for the Biden-Harris Transition Team. (2020). National
Network to End Domestic Violence. Retrieved From:
https://nnedv.org/latest_update/next-steps-ending-domestic-violence-100-
day-ongoing-recommendations-biden-harris-transition-team/

Veteran Administration. (2023). VA Intimate Partner Resource. (2023). Retrieved
From : https://www.socialwork.va.gov/IPV/Index.asp

Whistleblower Protection Enhancement Act of 2012. Retrieved From:
https://cops.usdoj.gov/whistleblower-protection

PAGE INTENTIONALLY LEFT BLANK

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Latosha A. Ward files this, Complaint for Employment Discrimination
### I.
### SUMMARY AND INTRODUCTION

In an effort from Booz Allen Hamilton, malicious actions were taken well after Latosha A. Ward reported Discrimination, the tampering with Official records, and coordinate ExParte meetings to extend the efforts to oppress, overburden, annoy, humiliate and circumvent federal corrections of actions in which Booz Allen Hamilton's representatives created without resolution.

CONTEXT

Booz Allen Hamilton's representatives created false narratives, libel and slander that they knew did not exist. Booz Allen Hamilton has not provided one piece of evidence to justify their false accusations noted in the Response Statement. Booz Allen Hamilton has provided no emails, sworn affidavits, performance reviews, videos, texts, or any other evidence to support the extreme misrepresentations of fact. Booz Allen Hamilton has an extended history of discrimination against African American women, those who were born with a disability, those who are transgender, those who are over forty, those who are divorced military spouses with protected familial status, and those who sought higher education or the merits that Booz Allen Hamilton claims to value or respect.

Not only did Booz Allen Hamilton take the discriminatory actions by setting up humiliation meetings to discredit Latosha by devaluing her ability to work by claiming someone of her race, sex, disability, age, and familial status limited her value at Booz Allen Hamilton, the representatives, took their efforts too far. The actions of devaluing her based on her race, sex, disability, age, and familial status are well documented in their own admission noted in the Response Statement, emails submitted in the Exhibits by Latosha, verbally during meetings, and through their actions to refuse to comply with correction after Latosha reported it verbally, in writing, through the People Services team members, through the assigned investigator by Zoom meetings, to Senior Vice Presidents in person, and in writing numerous times over an extended period.

Booz Allen Hamilton has difficulty believing that a black female born with a disability could not only earn her Doctorate but serve in any role offered by Booz Allen Hamilton by communicating devaluing comments, taking actions to spread false narratives, block Latosha from meetings, hack her computer, and several other extreme discriminatory and actions of personal bias. Despite Latosha rising above Booz Allen Hamilton's discrimination, to prove her worthiness, it only made Booz Allen Hamilton's involved representatives angrier to further discriminate and retaliate without recourse.

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

Latosha offered one viable solution to remove herself from a highly toxic discriminatory environment, which was to remove the culprit of the retaliation from reporting the discrimination from having power as her Career Manager (Jann Garrett) to a new Career Manager. Every effort taken by Senior Vice Presidents to assign Latosha a new Career Manager was blocked, further forcing Latosha to face extreme retaliation of discrimination in which she is still facing as of the date of this This Complaint for Employment Discrimination . Not only did Jann Garrett further discriminate by contacting the Social Security Administration to force Latosha to lose her Social Security after an internal discrimination regarding her disability in 2023, but Booz Allen Hamilton also initiated another audit to the Social Security after the Summary Judgement to the Plaintiff, Latosha Ward in 2025, which further discriminates against Latosha for her disability in which she was born.

Latosha's team created speculation across Booz Allen Hamilton's 33,000 enterprise that Latosha was a transgender where her calendar was shared and invited speakers across the enterprise to further extent discrimination with this false information knowing that these individuals had no reference to validate the false claims on numerous occasions. Booz Allen Hamilton also illegally contacted Latosha's graduate school at Duke University to further extend their retaliation by attempting to poke holes in Latosha's credibility where she was not yet complete with her second master's degree at Duke. In 2023, Booz Allen Hamilton further blocked Latosha's application to the 2024 CMS Health Equity Symposium where Latosha applied as a Doctoral speaker to display her research regarding Health Equity by screening and blocking her emailed submission to CMS from being sent despite having followed proper protocols.

To further retaliate, Booz Allen Hamilton divulged Latosha's PII, PHI, Driver's license, vehicle tags, and other confidential information and spread it across police and transportation databases creating an unending harassment across the nation when traveling. Booz Allen Hamilton screened Latosha's computer use 24/7 and went too far by retaliating and blocking her research submission to the federal agency, CMS to serve as a Health Equity speaker for her Doctoral research by blocking her outgoing emails past the submission due date, then releasing the outgoing emails several days after the due date. Most recently, January 2024, Booz Allen Hamilton continued to retaliate against Latosha reporting the discrimination by extending the discrimination to block Latosha's accepted application into the Presidential Fellowship program and the GSA Fellows program after hacking Latosha's personal home computer for an extended time frame.

Booz Allen Hamilton contacted the leadership from Hiring Our Heroes to blacklist Latosha only for the Hiring Our Heroes leadership to validate Latosha's Veteran spouse affiliation, yet Booz Allen Hamilton refused to stop the familial status, disability, age, rage, and gender discrimination despite several attempts from others to validate and correct the discrimination dames privately and internally. Booz Allen Hamilton's discrimination and retaliatory actions go on, and on, and on, even as of the date of this This Complaint for Employment Discrimination , and it must stop.

Most recently, May 2025, Booz Allen Hamilton continues to retaliate against Latosha reporting the discrimination by extending the discrimination to its third-party benefits vendors, by sending mail in her former spouse's ex-wife name to her home address, despite Latosha's former spouse's ex-wife never worked for Booz Allen Hamilton or lived at Latosha's home address to receive mail.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

Most recently, May 2025, Booz Allen Hamilton continues to retaliate against Latosha reporting the discrimination by extending the discrimination to the Social Security Administration despite Latosha's validation through both Hiring Our Heroes and the Ticket to Work program dating back to 2016.

Booz Allen Hamilton continues to go too far, deleting and/or interfering with all of Latosha's and her household's PII and PHI employee portability benefits including her $646,000 life insurance to further retaliate against Latosha reporting the discrimination creating severe and unnecessary extended emotional distress damages Munno v. Department of Agriculture EEOC case. Booz Allen Hamilton simply refuses to stop their discriminatory actions and retaliation, which is why Latosha required the intervention of the EEOC so that all the irrefutable facts will finally come forth and justice will be served in which now the only resolution is

**Equitable Relief (Make Whole Relief):**

This aims to restore the complainant to the position they would have been in if the discrimination hadn't occurred. Latosha has a right to back pay, front pay, reinstatement, promotion, and the truth about her in performance ratings.

**Compensatory Damages:**

These are awarded for monetary losses (e.g., lost wages, benefits) and for emotional distress, pain, and suffering, among other non-monetary damages.

**Punitive Damages:**

 These are awarded to punish the employer and deter similar conduct in the future. These should be awarded due to the employer acting with malice or reckless indifference to the complainant's federally protected rights

Note the discrepancies in their response vs the EXHIBITS and facts:

Latosha A. Ward respectfully requests that the EEOC strike all EEOC "EXHIBITS" from Booz Allen Hamilton's in which the contradictions are irrefutable from her attached Exhibits and very clear.

Booz Allen Hamilton's took actions to create unnecessary discrimination, retaliation, and delay when Latosha A. Ward submitted irrefutable Evidence by means of written emails to the internal investigator who ignored the evidence and using the evidence to create false narratives to control the outcome of the investigation by conducting extensive Ex Parte meetings, phone calls, and interactions without the involvement of Latosha in efforts.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 15 of 36

## II.
## EVIDENCE SUBMITTED AND FACTUAL BACKGROUND

1. Irrefutable Evidence that **EXHIBIT A**

         **Re:**    **Latosha Ward vs. Booz Allen Hamilton, Inc.**
                   **EEOC Charge No. 570-2024-03749**

Dear Investigator,

This Position Statement is submitted on behalf of Booz Allen Hamilton Inc. ("Respondent" or "Booz Allen") in response to the above-referenced Charge of Discrimination ("the Charge") filed by Latosha Ward ("Ms. Ward").[1] Ms. Ward alleges that she was discriminated against on the basis of her color (Black), race (African American), and sex (female), and retaliated against for engaging in a protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"). Ms. Ward also alleges she was discriminated against on the basis of her disability in violation of the Americans with Disabilities Act of 1990, as amended ("ADA"). These claims are false.

Contrary to Ms. Ward's allegations as set forth fully below, there is no evidence supporting her assertion that Booz Allen engaged in any discriminatory or retaliatory conduct or that any protected characteristic otherwise played any role in the company's decision-making concerning Ms. Ward's employment. Furthermore, Booz Allen investigated Ms. Ward's concerns raised during her employment as well as post-employment claims, and either addressed her concerns

Despite Booz Allen Hamilton's Initial Respondent Statement dated January 31, 2025, Latosha A. Ward is attaching Irrefutable evidence that discrimination occurred and when reporting it to the proper internal investigators evidence was not only withheld but destroyed to further Obstruct Justice of evidence.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 16 of 36

Latosha was introduced to Rhonda Billingy, by one of the retaliatory parties, not as a Booz Allen enterprise level impartial witness. Latosha was also introduced to Kody Leonard (same division as Rhonda) in the same manner. Efforts to transfer risk to another human that is the same race and sex as Latosha in the hopes of stronger defense is unethical and against several Booz Allen policies (Booz Allen, 2023).

It is not okay to bring others that Dr. Latosha A. Ward, DHA, PMP have not yet built relationships with the issue and be threatened that if she did not divulge her PII, PHI, and HIPPA that the "buck stopped with Rhonda Billingy (*Who is not a licensed ADA or Medical Doctor who understood the rights of NIH's human subject laws*) and Jann Garrett (See the screenshots of others that contacted me with bias attacks to protect those involved instead of being impartial and taking actions that align with Booz Allen's ethical standards)

This action does not allow the Booz Allen options to utilize a fair and equitable process to be made aware of the misinformation provided to clients or utilize the federal government's NIST 800-53 Security, Risk, and growing DisARM Frameworks.

This issue caused by Booz Allen representatives misusing their relationships with the client has created several ethical concerns that broadly stem across both federal and corporate ethical standards, policies, guidelines, and procedures (NIST, 2023). The only option for the Booz Allen representatives involved is to intimidate and retaliate against Dr. Latosha A. Ward, DHA, PMP to discredit her efforts to report the ethical actions that have affected her. Those involved have recently placed beknowning individuals in position to further harass Dr. Latosha A. Ward, DHA, PMP, by poking holes in her story and assigning individuals of the same race and sex to counteract their bias of Black American female talent, motivation, and desires to grow with Booz Allen into leadership roles that are needed and proven to be high in demand.

## 2.   Irrefutable Evidence that **EXHIBIT B**

### A.   Booz Allen's Operations and Equal Employment Practices

Booz Allen is a leading provider of management consulting, technology, and engineering services to the U.S. government in defense, intelligence, and civil markets, and to major corporations, institutions, and not-for-profit organizations. The company takes great pride in its diverse employee population and includes Collective Ingenuity through harnessing the power of diversity as one of its Values. (*See* Exhibit A, Purposes and Values).

Booz Allen is committed to equal employment opportunity without discrimination or retaliation. Booz Allen implemented and complies strictly with its Equal Opportunities and Affirmative Action Policy, which sets forth the company's commitment to equal opportunity and "providing a workplace that is free from discrimination based on race (including traits historically associated with race including hair texture, hair type and protective hairstyles), color, ... sex (including pregnancy, childbirth, lactation, or related medical conditions)... disability..." among numerous other protected classes. (*See* Exhibit B, Equal Opportunities and Affirmative Action Policy). Booz Allen also implements affirmative action plans (AAPs) for protected classes "that include specific action-oriented programs and goals designed to advance the principles of equal opportunity in all aspects of employment actions, including the recruitment, selection, training, advancement, and compensation of qualified females, minorities, ... and individuals with disabilities in all job profiles[.]" (*See id.*) This policy further outlines how to report discrimination and Booz Allen's internal investigation procedures for discrimination claims.

Booz Allen also implemented a Workplace and Sexual Harassment Policy that, among other activities, strictly prohibits "verbal or physical conduct" that: (i) "Denigrates or shows hostility toward an individual because of any" protected class; (ii) "Has the purpose or effect of substantially interfering with an individual's work performance;" and (iii) "Creates an intimidating, offensive, or hostile work environment." (*See* Exhibit C, Workplace and Sexual Harassment Policy).[2] Booz Allen also has zero tolerance for retaliation against any person that inquires about or reports suspected ethical or legal concerns or who participates in or cooperates with an investigation or oversight related to the Company's business. (*See* Exhibit D, Mandatory Reporting and Non-Retaliation Policy). Booz Allen's employees and Officers are expected to understand, support and comply with these policies.

Despite Booz Allen Hamilton's Initial Respondent Statement dated January 31, 2025, Latosha A. Ward is attaching Irrefutable evidence that discrimination occurred and when

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 17 of 36

reporting it to the proper internal investigators evidence was not only withheld but destroyed to further Obstruct Justice of evidence.

In this case both People Services representatives were prompted to extend retaliation efforts through documentation not as impartial witnesses, but as extensions of the harassment with Dr. Latosha A. Ward, DHA, PMP attempted to engage with her leadership after earning the Booz Allen Tech Excellence Cyber Defensive Program, receiving a job offer from another project within Booz Allen and being retaliated against to the point where the offer was rescinded. (See email screen shot evidence)

These retaliatory actions are due to the input from a risk mitigation tactic used by Kristie Bennett to transfer both Career Manager and Job Leader roles to a person (Lynn Nachtigal) who had communicated when Dr. Latosha A. Ward, DHA, PMP was hired that he was not supportive of her being hired, continually made degrading verbal abuse to Dr. Latosha A. Ward, DHA, PMP on a frequent basis, made negative, false, and misleading comments to deter her from being motivated to learn and interact with BAH training courses, and went over and beyond to discredit Dr. Latosha A. Ward, DHA, PMP professionally and amongst the Booz Allen enterprise. This abuse included refusing to assign a client (Navy) laptop to do her job, continuing to disconnect her CAC card without validity, removing her email from daily Team Standup meetings, limiting Dr. Latosha A. Ward, DHA, PMP involvement to on-premise meetings (but giving her access remotely while intentionally muting the sound and her audio, refusing to conduct timely performance reviews, requiring Dr. Latosha A. Ward, DHA, PMP to obtain certification (and after she did refusing to acknowledge it in performance evaluations, bullying her by talking around her in meetings, and much more).

Dr. Latosha A. Ward, DHA, was intentionally excluded from team SCRUM meetings with the time and dates removed from her calendar randomly, told that team meetings were not for her (when they were), - (See screenshots)

Booz Allen Hamilton Re

## Re: [External] Golden, Johnny [USA] is trying to reach you in Mi...



Ward, Latosha [USA]
To  ● Golden, Johnny [USA]

8/23/2022

No problem, thank you!

---

**From:** Golden, Johnny [USA] <Golden_Johnny@bah.com>
**Sent:** Tuesday, August 23, 2022 11:15 AM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Subject:** RE: [External] Golden, Johnny [USA] is trying to reach you in Microsoft Teams

Latosha,

I am not sure what happened. I was logged in as well. It's been a busy morning.
Unfortunately, I will need to reschedule. I will reach back out tomorrow for another time
that works for us both.

V/r
**Johnny Golden**
Associate | IT Operations Manager
m: 904-349-1052
johnny.m.golden.ctr@us.navy.mil | golden_johnny@bah.com

## RE: Regarding 0900-1030 NETC Staff All Hands Call



Ward, Latosha [USA]
To ● Hartley, Julie [USA]

↩  ↩  →  📧  ⋯

4/20/202?

📝 Booz Allen Hamilton - Internal

**From:** Hartley, Julie [USA] <Hartley_Julie@bah.com>
**Sent:** Thursday, April 20, 2023 11:35 AM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Subject:** RE: Regarding 0900-1030 NETC Staff All Hands Call

Booz Allen Hamilton Internal

Good morning Latosha,

I sent the email out for Kirk and we were not to attend that meeting.   Sorry if there was any confusion.  Our scrum meeting this morning only latest about 8 minutes not much going on right now. Have a good weekend and if you have any questions let me know.

Regards,

**Julie Hartley**
Senior Consultant

3.  Irrefutable Evidence that **EXHIBIT C**

Page 3
January 31, 2025

### B. Ms. Ward's Employment with Booz Allen

#### i. Ms. Ward's work on the LMS Workstream supporting the Navy/Naval Education and Training Command and her leadership.

On August 15, 2022, Booz Allen hired Ms. Ward as a Learning Management System ("LMS") Administrator, Mid at the Senior Consultant level in the Global Defense Sector, Navy Marine Corps ("NMC") account and she was assigned to the LMS workstream within the MPTE-TSS Ready Relevant Learning Services contract in support of Navy/Naval Education and Training Command ("NETC") ("NETC Contract"). Ms. Ward worked remotely out of Raleigh, NC, while the NETC Contract was based in Pensacola, FL.

In the Charge, Ms. Ward asserts she was initially hired through the Hiring Our Heroes fellowship program. During an internal investigation into her claims in this matter, Ms. Ward also asserted that she was one of the first "military spouses" Booz Allen hired through Hiring Our Heroes and that Booz Allen was new to Hiring Our Heroes when she was hired. Not true.

Hiring Our Heroes is a national fellowship program with two components: one for transitioning service members and one for *active-duty* military spouses. Participants in the program are "fellows" or "interns" and are not paid by Booz Allen. Military members are paid by a federal government program, and spouse participants are paid through the Elizabeth Dole Grant. An active military spouse internship consists of six weeks training, and a transitioning service member fellowship is eleven weeks. Here, Booz Allen has been participating in the Hiring Our Heroes fellowship program since 2018, several years prior to Ms. Ward's hire. Moreover, Ms. Ward self-identified as a spouse of a Navy *veteran* with a discharge date of April 1985, and confirmed she was *not* a military spouse when hired. Booz Allen's records confirm Ms. Ward was not a participant in the Hiring Our Heroes fellowship program through Booz Allen or eligible to participate at the time of hire.

In her LMS Administrator role on the NETC Contract, Ms. Ward's Career Manager and Job Leader was Kristen Bennett (Business Analyst – IT, Associate, female, white).[3] Ginger Sherman (Program/Project Management Specialist, Associate, female, white) was the Task Leader on the LMS workstream, and Kirk O'Neill (Systems Engineer, Senior Associate, male, white) was the Contract Manager. Lynn Nachtigal (Program/Project Manager, Lead Associate, male, white),

Despite Booz Allen Hamilton's Initial Respondent Statement dated January 31, 2025, Latosha A. Ward is attaching Irrefutable evidence that discrimination occurred as the Career Manager refused to acknowledge Latosha A. Ward's professional title of "Doctor of Healthcare Administration" her role as a 2023 Booz Allen Cybersecurity Tech Excellence graduate, or one of the first African American females hired on her team as a Veteran spouse. Jann Garrett refused to acknowledge that Latosha worked out of both the Washington, DC and McLean, VA offices on a regular basis while also volunteering a numerous Health Equity team and serving as a Heart Association volunteer Coach at the annual walk in Washington, DC.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

Booz Allen Hamilton's response also blatantly lied and continues to misrepresent the facts by typing and filing a Respondent statement that falsely states in paragraph three Latosha A. Ward was paid through the federal government and not Booz Allen Hamilton, which is simply not true. Latosha A. Ward was never paid by the federal government and has significant documentation that she was hired by Booz Allen Hamilton directly after several months of working with a Booz Allen Hamilton recruiter directly. Booz Allen Hamilton continues to commit to blatant misrepresenting the facts that further confirm their Discrimination based on Latosha A. Ward's marital status by self-admitting their efforts to interfere with her marital status in a discriminatory manner. In paragraph four of Exhibit C, Booz Allen Hamilton further Discriminates in their own response by blatantly lying and misrepresenting the facts that Latosha A. Ward "claimed" "to not be a Veteran spouse when hired, when significant emails from Hiring Our Heroes along with the Booz Allen Hamilton Human Resources provide significant evidence that Booz Allen Hamilton's response is intentionally misleading, dishonest, and further discriminates against Latosha A. Ward while further retaliating by knowingly filing false statements to the EEOC.

The attached emails were submitted by Latosha A. Ward to the EEOC as evidence that Latosha communicated Veteran spouse status as far back as March 2022 over 6 months before being hired by Booz Allen Hamilton under the Hiring Our Heroes program directly by Booz Allen Hamilton. Booz Allen Hamilton continues to falsify information and when reporting responses to the EEOC and to the proper internal investigators evidence not only withheld but destroyed to further Obstruct Justice of evidence.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

## RE: Follow up



**Ward, Latosha [USA]**
To ● Billingy, Rhonda [USA]
Cc ○ raceandsocialequity@bah.com



Fri 6/23

Booz Allen Hamilton - Restricted

ⓘ You replied to this message on 6/27/2023 2:14 PM.

Thanks Rhonda,

After Jann Garret reached out to you and asked for you to attend what I thought was an introduction meeting between me and herself, she admitted to sharing my PII with a person hired after me by the name of Christian Hendrick.

She also admitted to spreading false information regarding my affiliation with Hiring Our Heroes. Since this was my first one on one interaction with her, I was caught off guard and shocked with content being shared. This unethical action prompted you to initiate further probing regarding her content and actions.

I am totally open to this and agreed to meet with you today to receive clarification regarding the proper solution to the breach along with other concerns prompted from this conversation.

As stated today, I value your efforts to connect with me and value me as a Booz Allen



**Event Reminder - One Carolina Military Hiring Expo**

From: Hiring Our Heroes (hiringourheroes@uschamber.com)
To:   laward@yahoo.com
Date: Friday, April 1, 2022 at 08:30 AM EDT

# HIRING OUR HEROES
U.S. CHAMBER OF COMMERCE FOUNDATION

Dear Latosha,

The One Carolina Military Hiring Expo is today (April 1)! As you prepare for the event, please take a moment to review the details below.

Will you be joining us? Click here to update your registration if you are no longer able to participate in the Career Fair, so that we can plan accordingly

**REGISTRANT** Latosha Ward

**CONFIRMATION NUMBER** T7NQM7R44VX

**EVENT DATE & TIME** Friday, April 1, 2022, 11:00 AM - 4:00 PM ET

**CAREER FAIR** 11:00 AM - 4:00 PM

**EVENT LOCATION** Bank of America Stadium 800 S Mint St, Charlotte, North Carolina, 28202

**EVENT PARKING** Duke Energy Center Parking Garage, 527 S Church St, Charlotte, NC 28202

Street Parking is also available.

Click here to view your current registration and be sure to note your confirmation number above to access your profile.

We look forward to seeing you there!

*In Collaboration With*

LOWE'S MILITARY    NC4ME    VETERANS BRIDGE HOME

If you no longer want to receive emails from Hiring Our Heroes, please Opt-Out.

**Hiring Our Heroes**

1615 H Street NW, Washington, D.C. 20062

hiringourheroes@uschamber.com

U.S. CHAMBER OF COMMERCE FOUNDATION

---

Yahoo Mail - Re: Following up, application for R0146055 Learning Management System Administrator, Mid    2/7/25, 1:01 AM

**Re: Following up, application for R0146055 Learning Management System Administrator, Mid**

From: Lady Ward (laward@yahoo.com)
To:   Amelio_Stephanie@ac.bah.com
Date: Thursday, July 14, 2022 at 10:26 AM EDT

Thank you for asking for clarity. Yes, I served as a national project manager during my doctoral program
where I led a team of 5 in designing a teaching curriculum in Moodle. Moodle is a very simple platform to use. However, I can use any platform.

Please let me know if I can answer any additional questions.

Dr. Latosha Ward
919-605-6019

On Thursday, July 14, 2022, 09:56:50 AM EDT, Amelio, Stephanie (MBO Partners) <amelio_stephanie@ac.bah.com> wrote:

Hello Latosha,

I am following up on your application for the Learning Management System Administrator, Mid position, located on-site in Pensacola FL.

Your resume is impressive! However, I do not see specific mention of experience with administering and deploying Moodle LMS.  Am I overlooking it?

Do you have this experience?

---

Yahoo Mail - Re: Following up, application for R0146055 Learning Management System Administrator, Mid    2/7/25, 1:01 AM

Stephanie

**Stephanie Amelio**

Southeast Regional Hub

Senior Recruiter

Booz | Allen | Hamilton

Email: Amelio_Stephanie@bah.com

**Be the future. Work with us. #TheWorldCantWait**

Careers.BoozAllen.com

See why Booz Allen is a Top Employer.

---

Yahoo Mail - RE: [External] Re: BAH Reach Out                                    2/7/25, 1:05 AM

## RE: [External] Re: BAH Reach Out

From:   Franck, Nolan (Centurion Consulting Group) (franck_nolan@ne.bah.com)

To:     laward@yahoo.com

Date:   Wednesday, December 28, 2022 at 07:59 PM EST

Good Evening,

That is amazing to hear. I'm so happy that you've become a part of the Booz family. I knew you'd be a great fit. That particular role has a pending offer on it. However, please stay in touch and we can certainly look at any other positions that you'd be a fit for. I won't be at that specific event but I'll be at several others in January/February. I hope to see you soon. Happy Holidays to your family and you.

**v/r • Nolan**

**Nolan Franck**
Talent Acquisition Recruiter
Booz | Allen | Hamilton

Franck_Nolan@ne.bah.com
Mobile : 910 – 580 – 5841

**Be the future. Work with us. #TheWorldCantWait**
Careers.BoozAllen.com
See why Booz Allen is a Top Employer

*At Booz Allen, we drive real-world change at the forefront of advanced technology. We are seeking qualified professionals across many disciplines and are sending this email exclusively to the recipient for employment networking purposes. This email may contain Booz Allen confidential information and is intended solely to the individual to who it is addressed. Please do not distribute this email without permission of the sender. If you believe you have received this communication in error or do not wish to receive further communications from the sender, please contact the sender immediately and delete it from your system.*

**From:** Lady Ward <laward@yahoo.com>

---

Yahoo Mail - RE: [External] Re: BAH Reach Out                                    2/7/25, 1:05 AM

**Subject:** Re: [External] Re: BAH Reach Out

Good morning Nolan,

Thank you so much for your help back in the spring at the Hiring Our Heroes event in Charlotte! I not only got the job, but I also obtained Secret Clearance along with my Security + Certification. There is a role that is in Fayetteville, NC that I think that I can contribute. I've been following the Fayetteville group via the community groups and I value their efforts for community service.

I am attaching a role that I found under the leadership of the Fayetteville team. I could not find this particular role via Workday to apply, but did apply to a separate role as well. I'm also going to attend the BAH event on 1/6/23 at the Capital City Raleigh event center. I hope to see you there!

Here's my cell- 919-605-6019

Latosha Ward

Future Technology Strategist, Lead

---

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## Re: Carolina One Event- Military Spouse BAH Healthcare Planning Project Management

| | |
|---|---|
| From: | Lady Ward (laward@yahoo.com) |
| To: | franck_nolan@ne.bah.com |
| Date: | Friday, April 1, 2022 at 02:13 PM EDT |

See the attached resume from today's event.

Latosha Ward

On Friday, April 1, 2022, 01:52:28 PM EDT, Lady Ward <laward@yahoo.com> wrote:

Thank you so much Nolan!!!! I'll forward my resume next.

 LatoshaWard_Resume_2_28_22_BOOZINST.pdf
117.5kB

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 26 of 36

## RE: Help with Military Spouse Self ID


Ward, Latosha [USA]
To ○ Bernloehr, George [USA]



9/19/2022

Hey George,

My husband is Veteran.

---

**From:** Bernloehr, George [USA] <Bernloehr_George@bah.com>
**Sent:** Monday, September 19, 2022 12:44 PM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Subject:** Help with Military Spouse Self ID
**Importance:** High

Hi Latosha—welcome to Booz Allen Hamilton.  Our system has inadvertently identified some of our new hires as military spouses.  It's an issue with Workday and/or the application process, and most likely, not anything you may have done.  We are working to correct it.  In the meantime, you have been identified as a military spouse.  Will you please verify if you are, or were, a military spouse?  Thanks.

George Bernloehr
Military Talent Acquisition Lead
Booz | Allen | Hamilton
770-722-9462
bernloehr_george@bah.com

## RE: Welcome!


Ward, Latosha [USA]
To  🔵 Kurahashi, Hannah [USA]
Signed By  Ward_Latosha@bah.com


10/13/2022


Thank you so much. I am Veteran spouse/caregiver. Does this still fit within this group? If so, I'm happy to join and further connect.

**From:** Kurahashi, Hannah [USA] <kurahashi_hannah@bah.com>
**Sent:** Thursday, October 13, 2022 2:05 PM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Cc:** Babka, Alexandra [USA] <Babka_Alexandra@bah.com>; Chanthakeo-Doll, Sadavanh [USA] <Chanthakeo-Doll_Sadavanh@bah.com>; Garrett, Jann [USA] <Garrett_Jann@bah.com>
**Subject:** Welcome!

Latosha,

Welcome to Booz Allen!  As a leader in the firm's Military Veterans Business Resource Group (BRG)  I'd like to personally welcome you and introduce the many resources available to you as a military spouse!

## RE: Welcome!

 Ward, Latosha [USA]
To  ● Kurahashi, Hannah [USA]



10/13/2022

Signed By  Ward_Latosha@bah.com

---

Super. Thanks for the clarification. I'm in!!

---

**From:** Kurahashi, Hannah [USA] <kurahashi_hannah@bah.com>
**Sent:** Thursday, October 13, 2022 2:22 PM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Cc:** Babka, Alexandra [USA] <Babka_Alexandra@bah.com>
**Subject:** RE: Welcome!

Afternoon!

As a veteran spouse myself, I enjoy being a part of the community to help other military spouses PCS within the firm, as well as provide advocacy to leadership for the community. Completely up to you, but we always love to hear from new voices/perspectives.

V/r,

Hannah

4.  Irrefutable Evidence that **EXHIBIT D**



5. Irrefutable Evidence that **EXHIBIT E**

## IGNITE Program Confirmation (Action Required)

From:  Brookins, Shelia (sbrookins@uschamber.com)

To:    laward@yahoo.com

Date:  Tuesday, March 1, 2022 at 03:38 PM EST

Dear Latosha,

**Congratulations** on being accepted to the **Hiring Our Heroes: IGNITE Career Program**

Over the next 30 days the **IGNITE Program** will assist you with taking all the resources and information you obtained during **AMPLIFY** and turning it into practical applications for your job search journey.

Please complete the **Military Spouse Career Needs Based Assessment** to ensure your **IGNITE** experience is unique to you.

*LINK: https://www.hiringourheroes.org/career-services/education-networking/amplify/ignite-assessment/?recordid=90*

After we have received your assessment an **HOH Career IGNITER** will contact you to set up a time for collaboration on next steps.

Sincerely,

Shelia M. Brookins

*Workforce Development Coordinator*

*Military Spouse Program | Hiring Our Heroes*

*U.S. Chamber of Commerce Foundation*

1615 H Street NW | Washington, DC | 20062

Mobile: (202) 961-0669

sbrookins@uschamber.com | HiringOurHeroes.org

Evidence that Booz Allen Hamilton falsified their Position Statement lying that Latosha claimed that she was "not" a Veteran spouse knowingly that this statement was false when typed by Booz Allen Hamilton

5.  Irrefutable Evidence that **EXHIBIT F**

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

– Page 31 of 36

Evidence that Booz Allen Hamilton falsified their Position Statement lying that Latosha claimed that she was "not" performing when no evidence was provided and all performance reviews provided were above normal along with Latosha A. Ward earning a DoD credential in which no other team member obtained in November 2022, along with Secret Clearance in December 2022 in less than 5 months of obtaining the role directly with Booz Allen Hamilton. This evidence confirms Booz Allen Hamilton  blatantly discriminating against Latosha A. Ward by falsely directly communicating to her by several team members (including her own Career Manager) creating extreme personal bias that it was somehow "impossible" for her to pass the DoD certification because of. Her race, sex, gender, disability, and familial status.

In December 2022, Ms. Bennett and Ms. Sherman met with Ms. Ward to discuss performance challenges with completing tasks. For example, Ms. Bennett and Ms. Sherman would meet with Ward to explain tasks, and although Ms. Ward indicated she understood the task, her deliverable did not match the instructions.







**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**



**Dr. Latosha Ward, DHA, CPed, CFm**

**M.A. Strategic Leadership/BS Business Admin/Marketing**

*Booz Allen Tech Excellence Cyber Defensive Program 2023 Cohort*

*Booz Allen SANS Cloud Security Learner*

*Booz Allen Partner Skills Google Engineer Associate Learner*

*Booz Allen Partner Skills AWS Foundational Learner*

(She/her/hers)

For Review : degreed.com/profile/drlawardpmp

Need a Mentor? I will
help.https://boozallen.sharepoint.com/teams/pmeMentorshipDuringPMPColl
aborationPhases

Email: Ward_Latosha@bah.com

Phone 703-902-5000  Mobile 919-605-6019

Unflinching Courage – Passionate Service – Ferocious Integrity – Collective
Ingenuity – Champion's Heart

Booz | Allen | Hamilton

BoozAllen.com

       



**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 34 of 36





**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 35 of 36

Booz Allen Hamilton Re



**Bennett, Kristie [USA]**
To ● Ward, Latosha [USA]; ● Sherman, Ginger [USA]                                          9/15/2022

Start your reply with:     | That would be great, thanks! |     | That would be great, thank you! |     | Thank you so much! I really appr‹ |

**Sent:** Thursday, September 15, 2022 11:38 AM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Cc:** Garrett, Jann [USA] <Garrett_Jann@bah.com>; Bennett, Kristie [USA] <Bennett_Kristie@bah.com>; Jones, Kevin N [USA] <Jones_Kevin2@bah.com>; Sherman, Ginger [USA] <Sherman_Ginger@bah.com>
**Subject:** Interim Clearance Granted- Briefing required: Latosha Ward (Requisition #2208-62554)

 Latosha,

You have been granted Interim Secret clearance eligibility.

**A full clearance indoctrination briefing is required before you are authorized to access classified information and/or charge to classified contracts.**

**To schedule an indoctrination briefing, please contact your local Facility Security Officer OR the Security Shared Service Center (S3C) at S3C@bah.com within 3 business days to avoid manager escalation.**

**Until the briefing is complete and our systems are updated, you are not considered an actively-cleared employee with Booz Allen Hamilton.**

Booz Allen Hamilton Restricted

Audit's Role in Cybersecurity   Course   32 minutes   03/02/2023
The Importance of Proactive Threat Hunting   Course   18 minutes   03/12/2023
Governance of Cybersecurity   Course   1 hour, 22 minutes   03/04/2023
The Importance of the Incident Response Process   Course   17 minutes   03/13/2023
Cybersecurity Operations   Course   2 hours, 22 minutes   03/06/2023
Analyze Potential Indicators of Compromise   Course   15 minutes   03/13/2023
Cybersecurity Technology Topics   Course   1 hour, 2 minutes   03/06/2023
The Importance of Data Privacy and Protection   Course   22 minutes   03/14/2023
Introduction to Cyber Threat Hunting Techniques   Course   56 minutes   02/25/2023
The Importance of Frameworks, Policies, Procedures, and Controls   Course   30 minutes   03/14/2023
Threat and Vulnerability Management   Course   40 minutes   04/03/2023
The Basics: Incident Response   Learning path   3 hours, 31 minutes   04/11/2023
Security Operations and Monitoring   Course   45 minutes   04/07/2023
Compliance and Assessment   Course   21 minutes   04/07/2023
Incident Response   Course   15 minutes   04/07/2023
Software and Systems Security   Course   43 minutes   04/07/2023
Actionable measured KPI and goals   Course   1 hour, 21 minutes   03/22/2023
Aligning information security to the business model   Course   1 hour, 51 minutes   03/22/2023
Cybersecurity leadership - Information security governance (ISG) overview   Course   55 minutes   03/21/2023
IQ Social Engineering   Course   14 minutes   03/21/2023
IQ Safe Web Browsing   Course   10 minutes   03/21/2023
Cyber Threat Hunting   Course   3 hours   03/29/2023
Introduction to Digital Forensics   Course   1 hour, 3 minutes   03/18/2023
Preservation of evidence/On scene triage   Course   27 minutes   03/17/2023

Booz Allen Hamilton Restricted

Recognizing and collecting digital evidence   Course   27 minutes   03/17/2023
The investigative process   Course   16 minutes   03/17/2023
Legal considerations and search authority   Course   38 minutes   03/17/2023
IQ Mobile Security   Course   11 minutes   03/21/2023
IQ Password Security   Course   4 minutes   03/21/2023
Hash values and file hashing   Course   20 minutes   03/17/2023
IQ Physical Security   Course   3 minutes   03/21/2023
Creating a disk image   Course   1 hour, 1 minute   03/17/2023
IQ Removable Media   Course   4 minutes   03/21/2023
Key word and grep searches   Course   33 minutes   03/18/2023
IQ Working Remotely   Course   8 minutes   03/21/2023
Network basics   Course   25 minutes   03/18/2023
Cybersecurity senior management and information security governance (ISG)   Course   1 hour, 15 minutes   03/22/2023
Reporting and peer review   Course   28 minutes   03/18/2023
Information communication reporting in the organization   Course   1 hour, 22 minutes   03/22/2023
Digital Forensics Project   Course   2 hours, 38 minutes   03/18/2023
Cybersecurity responsibilities into information security programs   Course   1 hour, 42 minutes   03/22/2023
IQ Malware   Course   7 minutes   03/21/2023
IQ Phishing   Course   4 minutes   03/21/2023
Third-party tools   Course   2 hours, 28 minutes   03/17/2023
Comparing Azure and AWS   Course   31 minutes   03/16/2023
Cloud attack vectors and remediations (knowing is half the battle, doing is the other!)   Course   41 minutes   03/15/2023
Secure by design (let's build a program)   Course   51 minutes   03/16/2023
Securing cloud-based applications overview   Course   5 minutes   03/15/2023

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

Booz Allen Hamilton Restricted

Training & awareness   Course   18 minutes   03/15/2023

Stage 2: Identification   Course   28 minutes   04/11/2023

During the boot camp   Course   1 minute   02/25/2023

Stage 1: Preparation   Course   24 minutes   04/11/2023

Incident response fundamentals   Course   39 minutes   04/11/2023

Cyber Threat Hunting Fundamentals   Learning path   1 hour, 12 minutes   04/07/2023

Cyber Threat Hunting   Learning path   8 hours, 45 minutes   03/29/2023

Cybersecurity Audit Fundamentals   Learning path   5 hours, 54 minutes   03/06/2023

CompTIA CySA+ Fundamentals   Learning path   2 hours, 48 minutes   04/07/2023

After the boot camp   Course   2 minutes   02/25/2023

Getting everything together   Course   45 minutes   02/24/2023

Threat actors and tracking actors   Course   1 hour, 7 minutes   02/24/2023

Threat intelligence analysis & tools   Course   1 hour, 35 minutes   02/23/2023

Threat intelligence sources & language   Course   2 hours, 45 minutes   02/23/2023

What is threat intelligence?   Course   48 minutes   02/22/2023

Securing Cloud-based Applications   Learning path   5 hours, 8 minutes   03/17/2023

Running your own threat intelligence program   Course   4 hours, 24 minutes   02/25/2023

Cyber Threat Hunting Cyber Range   Learning path   3 hours   03/29/2023

CompTIA Cybersecurity Analyst (CySA+) CV0-001   Learning path   4 hours, 18 minutes   03/08/2023

Cybersecurity Leadership and Management   Learning path   8 hours, 47 minutes   03/22/2023

Infosec IQ Security Awareness   Learning path   1 hour, 3 minutes   03/21/2023

Digital Forensics Concepts   Learning path   8 hours, 32 minutes   03/18/2023

Regulatory Compliance and Incident Response   Learning path   1 hour, 27 minutes   03/07/2023

Booz Allen Hamilton Restricted

Infosec Boot Camp Onboarding   Learning path   9 minutes   02/25/2023

Threat Intelligence   Learning path   11 hours, 48 minutes   03/02/2023

Before the boot camp   Course   3 minutes   02/25/2023

Incident Response (no labs)   Learning path   8 hours, 6 minutes   03/03/2023

Introduction to Cyber Threat Hunting for BAH 2/28/23-03/02/23 Live Online   Boot camp   03/02/2023

Due Date
Due Date
06/07/2023

Category
Category
  • Transformation Goal

Relates To
Relates To
  • Business Strategy (T Senior Lead Engineer/Senior Lead Technologist/Senior Lead Scientist) (Firmwide Behavior/Performance Expectation)
  • Communication (T Staff Engineer/Staff Technologist/Staff Scientist) (Firmwide Behavior/Performance Expectation)
  • Individual Contribution (T Technician 4) (Firmwide Behavior/Performance Expectation)
  • Innovation (T Senior Lead Engineer/Senior Lead Technologist/Senior Lead Scientist) (Firmwide Behavior/Performance Expectation)
  • Problem Solving (T Technician 4) (Firmwide Behavior/Performance Expectation)

More (6)

Status
Status
  • 50%

•

Goal
Goal
Complete Proposal Development training and mentorship with NETC/N66 leadership based on previous and form Career Manager's performance plan conversation and Principal's monthly announcement for team members to initiate interest. Position myself to serve in critical roles needed to execute proposal development in the future. It can contribute to the job class of the hired role of R0146055 Learning Management System Administrator, Mid (C011616174).

After meeting with my CM/JL, (6/7/23), I was instructed to close out this task at 100% complete and create a new goal based a redefined role than the hired role of R0146055 Learning Management System Administrator, Mid (C011616174). It is unclear what the redefined role job class, job number or job title is at the time of entry and closure.

Description
Description



Career Manger rebutted the task authorization, refused to sign my timesheet and deleted it so that it could  not be turned in on time. This is all after he contacted me for clarification of it noted on my timesheet, stated that he understood, and asked questions. He still deleted it and did not turn in the timesheet and deleted it. Corporate contacted me a month later confirming this via email.

Booz Allen Hamilton R...

FW: NIWC Pacific TO 23F7121 **Proposal** March 2023 STANDAR...

Ward, Latosha [USA]
To 🔴 Nachtigal, Lynn [USA]
Cc ⚪ Bennett, Kristie [USA]; 🟢 Trice III, George [USA]

3/16/2023

📗 NIWC Pacific TO 23F7121 BP_Task Authorization.xlsx
150 KB

**Subject:** NIWC Pacific TO 23F7121 **Proposal** March 2023 STANDARD TASK AUTHORIZATION
(STA)

Good Afternoon All,

Please find the Standard Task Authorization (STA), attached, with your hours for the NIWC
Pacific TO 23F7121 Cryptologic Carry-On Program (CCOP) **proposal** for the month of
March 2023.

Please do not exceed the hours allotted without coordinating and receiving a
supplemental authorization from the **Proposal** Manager (me).

As always, thank you for all that you do for Booz Allen every day!

Very Respectfully,
George "Geo" Trice III, (He/Him)
Senior Lead Technologist | IT Project Manager

Connected to: Microsoft Exchange   🖥 Display Settings   🖵  📖   — ———————▮——  +  100%

1. Irrefutable Evidence that **EXHIBIT G**

    Page 4
    January 31, 2025

    Also in December 2022, the client advised Booz Allen that it planned to discontinue the LMS
    workstream. Up to this time on the LMS workstream, Ms. Ward and Mr. Maguire (based in South
    Carolina) had not worked on the same tasks and only interacted virtually in team meetings.
    Similarly, after Mr. Golden (based in Florida) provided Ms. Ward initial training during her
    onboarding, he and Ms. Ward did not work on the same tasks and only interacted virtually in team
    meetings. In January 2023, NMC leadership informed employees on the LMS workstream that
    they needed to find new roles within Booz Allen. At this time, the team members on the LMS
    workstream were deployed to various small projects supporting the overall NETC Contract.
    Subsequently, Ms. Ward had no further interactions with Mr. Golden or Mr. Maguire.

Evidence that Booz Allen Hamilton falsified their Position Statement lying that Latosha

claimed that she did "not" work in team projects with two team members who participated in

the extreme Discrimination from both Robert McGuire and Johnny Golden which led to

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

Latosha A. Ward applying for and being accepted in the Booz Allen Cybersecurity Tech Excellence program on the enterprise level on her own to seek a new role on her own in Cybersecurity to escape the team that intentionally ignored the discrimination. Booz Allen Hamilton falsified their Position Statement lying that Latosha was told to find a new role, when Latosha successfully found a new role on her own, in which her team Career Manager blocked out of retaliation.



## Re: [External] Golden, Johnny [USA] is trying to reach you in Mi...



**Ward, Latosha [USA]**
To ● Golden, Johnny [USA]

8/23/2022

No problem, thank you!

---

**From:** Golden, Johnny [USA] <Golden_Johnny@bah.com>
**Sent:** Tuesday, August 23, 2022 11:15 AM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Subject:** RE: [External] Golden, Johnny [USA] is trying to reach you in Microsoft Teams

Latosha,

I am not sure what happened. I was logged in as well. It's been a busy morning. Unfortunately, I will need to reschedule. I will reach back out tomorrow for another time that works for us both.

V/r
**Johnny Golden**
Associate | IT Operations Manager
m: 904-349-1052
johnny.m.golden.ctr@us.navy.mil | golden_johnny@bah.com

## RE: Rebuilding LAS courses

 Ward, Latosha [USA]
To ● Maguire, Robert [USA]



10/11/2022

(i) This is the most recent version, but you made changes to another copy. Click here to see the other versions.
You forwarded this message on 10/11/2022 1:30 PM.

**From:** Maguire, Robert [USA] <Maguire_Robert@bah.com>
**Sent:** Tuesday, October 11, 2022 12:59 PM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Subject:** Rebuilding LAS courses

Good morning Latosha,

  First off, welcome to the team! I see they wasted no time in giving you tasks the moment you arrived. One task in particular is to create a "how-to" on rebuilding an LAS course. I was tasked with something similar (or the same, not sure if external or internal has an impact), and I wanted to reach out to ask a few questions on how you were doing it. I guess my confusion is in the perspective. Are we rebuilding a course that already exists in Moodle? Another LMS? Are we importing the content from the previous course, or are we creating everything from scratch? Are they looking for information on Scorm? My initial thought is to start by creating a course shell, then import the Scorm from the previous course, but I don't know where that would be located. Sorry to throw a bunch of questions at you, just hoping to get a better idea of what they are looking for. Thank you, and hope you have a great rest of your day!

## FW: Rebuilding LAS courses



**Ward, Latosha [USA]**
To    ● Golden, Johnny [USA]
Cc    ○ Bennett, Kristie [USA]; ● Sherman, Ginger [USA]

10/11/2022

Johnny/Kristie/Ginger,

Please let me know how to proceed with Robert's questions. I want to make sure that I totally submit to your leadership and direction before responding. I know today is pretty busy for everyone, I'm open at any time that fits your schedule.

---

**From:** Ward, Latosha [USA]
**Sent:** Tuesday, October 11, 2022 1:29 PM
**To:** Maguire, Robert [USA] <Maguire_Robert@bah.com>
**Subject:** RE: Rebuilding LAS courses

It's nice to meet you as well Robert. I will speak with my project leader and ask him how to proceed with the clarification.

Thank you.

## RE: Rebuilding LAS courses

 Ward, Latosha [USA]
To  ● Maguire, Robert [USA]



10/13/2022

Super. I'm onboarding and would like to make sure that I am involving my team lead. Can you set up a MS Teams meeting with Johnny, myself and Jo?

---

**From:** Maguire, Robert [USA] <Maguire_Robert@bah.com>
**Sent:** Thursday, October 13, 2022 12:03 PM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Subject:** RE: Rebuilding LAS courses

Good morning! Happy Friday eve!! Wanted to circle back around and see if you spoke with your project lead? Is it Johnny or Josh by chance? Just looking for a starting point since it is not explained in the subtask. Just says to coordinate with you and Jo.

Robert Maguire
Senior Consultant | LMS Administration

m: (843) 870-9007

Booz | Allen | Hamilton
BoozAllen.com

2.  Irrefutable Evidence that **EXHIBIT H**



## Cybersecurity Task Availability

Ward, Latosha [USA]

To    🟡 Garrett, Jann [USA]; 🔴 Hendrick, Christian [USA]
Cc    🔴 Nachtigal, Lynn [USA]

4/6/202

Entrusted Information

Jann/Christian,

I'm open and excited to share my marketing expertise (BS in Marketing) and/or Cybersecurity (CySA+) cert upcoming in next 60 days after completion of Booz Allen Cyber Defense Cohort) for any tasks mentioned during today's Team Garrett's monthly meeting. Please let me know how I can contribute.



**Latosha Ward, DHA, PMP, Security+**
**(She/her/hers)**
Senior Consultant, Business Analyst
Global Multicultural Engagement Lead Volunteer

**Email:** Ward_Latosha@bah.com I Latosha.A.Ward.ctr@us.navy.mil
**Phone** 703-902-5000  **Mobile** 919-605-6019
Unflinching Courage – Passionate Service – Ferocious
Integrity – Collective Ingenuity – Champion's Heart

Booz | Allen | Hamilton
BoozAllen.com

3.  Irrefutable Evidence that **EXHIBIT I**

## RE: Regarding 0900-1030 NETC Staff All Hands Call



Ward, Latosha [USA]
To  ● Hartley, Julie [USA]

↩  ↩↩  →  📋  ⋯

4/20/202:

📧 Booz Allen Hamilton - Internal

**From:** Hartley, Julie [USA] <Hartley_Julie@bah.com>
**Sent:** Thursday, April 20, 2023 11:35 AM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Subject:** RE: Regarding 0900-1030 NETC Staff All Hands Call

Booz Allen Hamilton Internal

Good morning Latosha,

I sent the email out for Kirk and we were not to attend that meeting.   Sorry if there was any confusion.  Our scrum meeting this morning only latest about 8 minutes not much going on right now. Have a good weekend and if you have any questions let me know.

Regards,

**Julie Hartley**
Senior Consultant

4. Irrefutable Evidence that **EXHIBIT J**

## RE: Discussion Latosha Ward



Ward, Latosha [USA]
To  🟡 Garrett, Jann [USA]; 🔴 Nachtigal, Lynn [USA]

5/19/2023

Booz Allen Hamilton - Internal

I would like to gain clarification from HR so that when we meet I have the clarification to attend a meeting. I've followed procedures an met with the appropriate chain of command. However, clarification is still needed from the enterprise level. Again, I would like to await their response so that everything moving forward is properly aligned.

Thank you.

**Latosha Ward, DHA, PMP, Security+**
**(She/her/hers)**
Senior Consultant, Business Analyst
Global Multicultural Engagement Lead Volunteer
Follow Me : degreed.com/profile/drlawardpmp

Email: Ward_Latosha@bah.com I Latosha.A.Ward.ctr@us.navy.mil
**Phone** 703-902-5000 **Mobile** 919-605-6019
Unflinching Courage – Passionate Service – Ferocious
Integrity – Collective Ingenuity – Champion's Heart
Booz | Allen | Hamilton
BoozAllen.com

## RE: Discussion Latosha Ward

 Ward, Latosha [USA]
To ● Garrett, Jann [USA]; ● Nachtigal, Lynn [USA]



5/19/2023

🗎 Booz Allen Hamilton - Internal

**From:** Garrett, Jann [USA] <Garrett_Jann@bah.com>
**Sent:** Friday, May 19, 2023 9:30 AM
**To:** Ward, Latosha [USA] <Ward_Latosha@bah.com>; Nachtigal, Lynn [USA] <nachtigal_lynn@bah.com>
**Subject:** RE: Discussion Latosha Ward

Booz Allen Hamilton Internal

Latosha,

I am on the Teams and am asking you to join for a general discussion. Thank you.

**Jann Garrett**
Principal
mobile: 850-341-2986
garrett_jann@bah.com
Pensacola, FL

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 11 of 22

Booz Allen Hamilton R...

## 1:1 Meeting/Hiring Our Heroes/Joining Forces Feedback and R...



**Ward, Latosha [USA]**
To ● Wakeham, Frank [USA]; ● Garrett, Jann [USA]
Cc ○ Johnson-Bey, Charles [USA]

↩ ↩ → 🪧 ⋯

6/14/2023

Booz Allen Hamilton - Restricted

Good morning,

After speaking with senior leadership on the Booz Allen enterprise level, I was directed to schedule a 1:1 meeting to introduce myself properly and to discuss alignment with the President's recently released Joining Forces initiative for individuals like myself. Is there a time that best fits your schedule?

[Joining Forces | The White House](Joining Forces | The White House)

Thank you.



**Dr. Latosha Ward, DHA, PMP, Security+,
Cybersecurity: Booz Allen Hamilton Tech
Excellence Cyber Defensive Program 2023
Cohort (She/her/hers)**
Senior Consultant, Business Analyst
Global Multicultural Engagement Lead Volunteer
Follow Me : degreed.com/profile/drlawardpmp

## RE: Career Discussion Follow-up



Ward, Latosha [USA]

To ⊘ O'Neill, Kirk [USA]; 🔴 Nachtigal, Lynn [USA]; ⊘ Wakeham, Frank [USA]     6/14/20...
Cc 🟡 Garrett, Jann [USA]

Booz Allen Hamilton - Restricted

I am also awaiting a meeting with Frank Wakeham and Jann Garrett to gain clarification.

Can you provide the name of the person that facilitates the Hiring Our Heroes and Joining
Forces for Booz Allen?
The person that brought me in is no longer found in the directory.
Joining Forces | The White House

Thank you so much.



**Dr. Latosha Ward, DHA, PMP, Security+,**
**Cybersecurity: Booz Allen Hamilton Tech**
**Excellence Cyber Defensive Program 2023**
**Cohort (She/her/hers)**
Senior Consultant, Business Analyst
Global Multicultural Engagement Lead Volunteer
Follow Me : degreed.com/profile/drlawardpmp

**Email:** Ward_Latosha@bah.com I Latosha.A.Ward.ctr@us.navy.mil
**Phone** 703-902-5000 **Mobile** 919-605-6019

## RE: Hiring Our Heroes Overview

 **Ward, Latosha [USA]**
To  ● Garrett, Jann [USA]



6/14/2023

🗒 Booz Allen Hamilton - Restricted

Good evening,

I would like to first meet with you privately 1:1 due to an effort for PII control.

Thank you so much.



**Dr. Latosha Ward, DHA, PMP, Security+,
Cybersecurity: Booz Allen Hamilton Tech
Excellence Cyber Defensive Program 2023
Cohort (She/her/hers)**
Senior Consultant, Business Analyst
Global Multicultural Engagement Lead Volunteer
Follow Me : degreed.com/profile/drlawardpmp

**Email:** Ward_Latosha@bah.com I Latosha.A.Ward.ctr@us.navy.mil
**Phone** 703-902-5000  **Mobile** 919-605-6019
Unflinching Courage – Passionate Service – Ferocious
Integrity – Collective Ingenuity – Champion's Heart

Booz | Allen | Hamilton

## RE: Hiring Our Heroes Overview



Ward, Latosha [USA]
To  ● Garrett, Jann [USA]



6/15/2023


Booz Allen Hamilton - Restricted

Jann, to ensure that I provide context and clarification to the call, this is simply a request for a 1:1 call to introduce myself and align my role's goals and future transitioning career path. After Kristie went on leave (and I truly miss her leadership), some things fell between the cracks during the transition. Booz's enterprise leadership has suggested to connect 1:1 with my current leadership for a simple introduction with the hope that this will open the door for future open communication and/or wisdom, guidance, mentorship etc.

I lost this when Kristie left and have found value in this amongst our team and have identified you as the appropriate person to humbly ask.

I hope that this clarifies the intent. There is no need for Employee Relations, just two women in leadership connecting.

See you soon.



**Dr. Latosha Ward, DHA, PMP, Security+,**
**Cybersecurity: Booz Allen Hamilton Tech**

## RE: Follow up Conversation



Ward, Latosha [USA]
To ● Billingy, Rhonda [USA]
Cc ● Wakeham, Frank [USA]



Wed 6/2

Booz Allen Hamilton - Restricted

Thank you!

To ensure that your requested meeting (Initiated by <mark>Jann Garrett</mark>, not myself) aligns with the Race and Social Equity - Home (sharepoint.com), and includes someone impartial to the my team's initial request to involve you in the meeting last week, I would like to request an impartial witness during the meeting. This will ensure that I am not blindsided again (As I had 3 retaliatory meetings Friday alone from speaking up) and alone during this meeting.

I am requesting someone from the following, I did not copy them on the email and will allow you to do this on your level:

# OUR PROGRESS

We are currently in the down payment period—where we move the needle with initial, short-term actions while also taking a deeper,

## RE: Follow up



Ward, Latosha [USA]
To  🔴 Billingy, Rhonda [USA]
Cc  ⚪ raceandsocialequity@bah.com



Fri 6/23

📩 Booz Allen Hamilton - Restricted

ⓘ You replied to this message on 6/27/2023 2:14 PM.

Thanks Rhonda,

After Jann Garret reached out to you and asked for you to attend what I thought was an introduction meeting between me and herself, she admitted to sharing my PII with a person hired after me by the name of Christian Hendrick.

She also admitted to spreading false information regarding my affiliation with Hiring Our Heroes. Since this was my first one on one interaction with her, I was caught off guard and shocked with content being shared. This unethical action prompted you to initiate further probing regarding her content and actions.

I am totally open to this and agreed to meet with you today to receive clarification regarding the proper solution to the breach along with other concerns prompted from this conversation.

As stated today, I value your efforts to connect with me and value me as a Booz Allen

5. Irrefutable Evidence that **EXHIBIT K**

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

Appendix X

Altered timesheet after Dr. Latosha A. Ward, DHA, PMP    submitted the time, the CM/JL
deleted it so that it would be late and out of compliance with the Booz Allen time policy (As an
attempt to defame Dr. Latosha A. Ward, DHA, PMP )



6.   Irrefutable Evidence that **EXHIBIT L**



Appendix X

Kirk, Ginger, Johnny violated Booz Allen's inclusion standards by intentionally leaving Dr. Latosha A. Ward, DHA, PMP    out of team meetings with no explanation or communication.



Booz Allen Hamilton Re



7. Irrefutable Evidence that **EXHIBIT M**

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 19 of 22

**ii. Booz Allen did not "rescinded" any offer to Ms. Ward in May 2023.**

On May 2, 2023, Jonathan Alexander (Cyber Strategic Planning & Policy Development, Lead Associate, male) opened a requisition for a Data Privacy Compliance Professional, Mid, Senior Consultant, a role supporting a client's data privacy initiatives, part of a cyber "sub-niche" within Department of Defense's ("DoD") Cybersecurity Workforce Framework ("NCWF"). On May 9, 2023, Ms. Ward applied to the requisition. On May 16, 2023, Mr. Alexander interviewed Ms. Ward. During the interview, he informed Ms. Ward that he wanted to move forward with her placement in the role. In response, Ms. Ward told Mr. Alexander that she expected a "salary bump" due to her participation in the (but not yet completed) Cyber Tech Excellence Program.

On the same day, Mr. Alexander informed Booz Allen's internal recruiter for the position that he would like to move forward with hiring Ms. Ward and also emailed Ms. Ward that he was "interested in beginning the process with this position." Ms. Ward responded she was also "interested in beginning the process with this position," but inquired in a follow-up email, "Before I confirm, can you clarify the salary details for the proposed position?" On May 17, 2023, Mr. Alexander informed Ms. Ward that the salary was a conversation for her current Career Manager, Mr. Nachtigal. On May 18, 2023, Mr. Alexander emailed Mr. Nachtigal copying Ms. Ward and asked Mr. Nachtigal to speak to Ms. Ward about how "internal transfers at the same level impact salaries."

Evidence that Booz Allen Hamilton falsified their Position Statement lying that Latosha claimed that Booz Allen Hamilton did "not" retaliate against Latosha A. Ward for reporting the discrimination by interfering with a job offer sought on her own to escape the discrimination.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**



Booz Allen Hamilton Restricted

## R0170584 Data Privacy Compliance Professional, Mid

AJ    Alexander, Jonathan [USA]
      To   ● Ward, Latosha [USA]                                        5/16/2023

↩ ⤺ → 📑 ⋯

📎 Booz Allen Hamilton - Restricted

ⓘ You replied to this message on 5/16/2023 12:35 PM.

Booz Allen Hamilton Restricted

Hi Latosha,

This is a quick note to thank you for taking the time to speak with me. This is to confirm
that I am interested in beginning the process with this position. You also mentioned you
were interested in changing CM's as well and confirmed that you have a Secret clearance.
Please let me know if any of this information is incorrect. Thanks.

V/r,

Jonathan Alexander
Lead Associate
Booz | Allen | Hamilton
Alexander_jonathan@bah.com

Booz Allen Hamilton Restricted

## RE: R0170584 Data Privacy Compliance Professional, Mid



Ward, Latosha [USA]
To ● Alexander, Jonathan [USA]



5/16/2023

Booz Allen Hamilton - Restricted

Thank you for your confirmation. Before I confirm, can you clarify the salary details for the proposed position?

Thank you.

**Latosha Ward, DHA, PMP, Security+**
**(She/her/hers)**
Senior Consultant, Business Analyst
Global Multicultural Engagement Lead Volunteer
Follow Me : degreed.com/profile/drlawardpmp

Email: Ward_Latosha@bah.com | Latosha.A.Ward.ctr@us.navy.mil
**Phone** 703-902-5000  **Mobile** 919-605-6019
Unflinching Courage – Passionate Service – Ferocious
Integrity – Collective Ingenuity – Champion's Heart
Booz | Allen | Hamilton
BoozAllen.com

## R0170584 Data Privacy Compliance Professional, Mid

**Alexander, Jonathan** [USA]
To ● Ward, Latosha [USA]                                          5/16/2023

Booz Allen Hamilton - Restricted

ⓘ You replied to this message on 5/16/2023 12:35 PM.

Booz Allen Hamilton Restricted

Hi **Latosha**,

This is a quick note to thank you for taking the time to speak with me. This is to confirm
that I am interested in beginning the process with this position. You also mentioned you
were interested in changing CM's as well and confirmed that you have a Secret clearance.
Please let me know if any of this information is incorrect. Thanks.

V/r,

Jonathan Alexander
Lead Associate
Booz | Allen | Hamilton
Alexander_jonathan@bah.com

Booz Allen Hamilton Restricted



Booz Allen Hamilton Restricted

## RE: R0170584 Data Privacy Compliance Professional, Mid

**AJ**   Alexander, Jonathan [USA]
To  ● Ward, Latosha [USA]
Cc  ● Lee, Michael [USA]

5/17/2023

Booz Allen Hamilton - Restricted

(i) You replied to this message on 5/17/2023 1:43 PM.

Booz Allen Hamilton Restricted

Hi, Who is your current CM? Jonathan

**From:** Ward, Latosha [USA] <Ward_Latosha@bah.com>
**Sent:** Wednesday, May 17, 2023 1:39 PM
**To:** Alexander, Jonathan [USA] <Alexander_Jonathan@bah.com>
**Cc:** Lee, Michael [USA] <Lee_Michael2@bah.com>
**Subject:** RE: R0170584 Data Privacy Compliance Professional, Mid

Booz Allen Hamilton Restricted

Sounds good, thank you.

Booz Allen Hamilton Restricted

## RE: R0170584 Data Privacy Compliance Professional, Mid



**Ward, Latosha [USA]**
To ● Alexander, Jonathan [USA]
Cc ● Lee, Michael [USA]

↩ ↩ → ⬚ ⋯

5/17/2023

Booz Allen Hamilton - Restricted

My Career Manager is currently Lynn Nachtigal. My Career Manager (Kristie Bennett) is currently out on leave and Lynn is filling in.



**Latosha Ward, DHA, PMP, Security+**
**(She/her/hers)**
Senior Consultant, Business Analyst
Global Multicultural Engagement Lead Volunteer
Follow Me : degreed.com/profile/drlawardpmp

Email: Ward_Latosha@bah.com | Latosha.A.Ward.ctr@us.navy.mil
**Phone** 703-902-5000  **Mobile** 919-605-6019
Unflinching Courage – Passionate Service – Ferocious
Integrity – Collective Ingenuity – Champion's Heart
Booz | Allen | Hamilton
BoozAllen.com

---

Booz Allen Hamilton Restricted

## RE: R0170584 Data Privacy Compliance Professional, Mid



Alexander, Jonathan [USA]
To  ● Nachtigal, Lynn [USA]
Cc  ● Lee, Michael [USA]; ● Ward, Latosha [USA]

5/18/2023

Booz Allen Hamilton - Restricted

Booz Allen Hamilton Restricted

Hi Lynn,

Latosha interviewed for a position with my team. She inquired about the salary for the position. Having spoken with recruiting, Mike Lee, we thought it more appropriate for you to speak with Latosha regarding how internal transfers at the same level impact salaries within Booz Allen. I am happy to address any questions that you may have.

V/r,

Jonathan Alexander
Lead Associate
Booz | Allen | Hamilton
Alexander_jonathan@bah.com

I thought this person contacted me from Booz Allen Enterprise level, but found out he was planted as a decoy by Jann Garret and her team to rescind and defame Dr. Latosha A. Ward, DHA, PMPfor receiving the transfer. Cody from People Services scheduled an appointment as if he was an impartial person from HR, but found that he was not. After the retaliation escalated, Kirk O'Neal copied Cody confirming that Cody was working with them and not an impartial witness.

1. Irrefutable Evidence that **EXHIBIT N**

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 5 of 19



Booz Allen Hamilton misrepresented the facts and provided no email or verbal evidence of their false account of their blatantly efforsts to retaliate against Latosha A. Ward for pursuing

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 6 of 19

her own new role despite still facing extreme retaliation from her leadership team to blacklist all her efforts to change roles. Also, Latosha just completed a 1 year cybersecurity Tech Excellence program that ensured proper alignment and compensation. The fact that the team leadership admits to being involved with their personal bias regarding Latosha's adjusted salary is further evidence of their extended efforts to discriminate and retaliate against Latosha. Mr. Alexander never communicated back to Latosha out of intimidation from her leadership who blacklisted Latosha to another hiring manager. There is no evidence of a hiring freeze, nor did Booz Allen Hamilton submit evidence of their misrepresentation of facts to the EEOC. Latosha's leadership openly admits that they did not believe that Latosha (a black female in Cybersecurity) deserved proper compensation in their response, which is clear discrimination that the firm refuses to hide even during the EEOC investigation.

At the time of this request, Ms. Ward's salary was $77,250 annually, nearly half of her salary demand. She had also recently on April 1, 2023, received a discretionary annual merit increase of 3% (from $75,000), nearly two-thirds less than her demanded *annual* increase. As Mr. Alexander did not have authority to negotiate a salary, or the other non-salary monetary demands, and because he interpreted Ms. Ward's counteroffer and salary requirements as her rejection of the role, Mr. Alexander proceeded with interviewing other candidates.

On May 25, 2023, Ms. Ward emailed Mr. Alexander copying Mr. Nachtigal and stated that she accepted Mr. Alexander's "offer." On June 8, 2023, Mr. Alexander emailed Ms. Ward that there was a miscommunication and based on her counteroffer and salary requirements – he "got the impression that she did not accept the offer." Ultimately, Mr. Alexander received notice of a "hiring freeze" prohibiting him from filling the requisition. On June 12, 2023, Mr. Alexander informed Ms. Ward that he was notified he was unable to fill the position. No candidate was ever selected for the requisition.



Booz Allen Hamilton Restricted

RE: R0170584 Data Privacy Compliance Professional, Mid

Nachtigal, Lynn [USA]
To ● Ward, Latosha [USA]
Cc ● Lee, Michael [USA]; ○ Gibson, Jessica [USA];
● Alexander, Jonathan [USA]

6/1/2023

Booz Allen Hamilton - Restricted

(i) You replied to this message on 6/5/2023 2:31 PM.

Latosha,

I spoke to Jonathan this morning to gain insight as to where he was in the review process.

He is still interviewing internal candidates for the open position this week and will be out on military leave until the week of 12 June.

That said, no actions will take place in the process until at least week of 12 June at the earliest.

As a career manager I would encourage to continue to look at other cyber opportunities in the same way you identified this one.

Please contact me if you have any questions based on the process as you understand it.

CONFIDENTIAL

| DR. LATOSHA A. WARD, DHA, PMP    WARD | |
|---|---|
| COMPENSATION PACKAGE | |
| degreed.com/profile/drlawardpmp | |
| Compensation | $145,000 per year, annual increase of a minimum of 8% per year, paid semi-monthly |
| Bonus | $7,500 signing bonus and $2,500 per project as the closing incentive based on the agreed-upon scope and met goals |

2. Irrefutable Evidence that **EXHIBIT O**

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 8 of 19

Booz Allen Hamilton Restricted

### References

Biden, J., Harris, T. (2023). FACT SHEET: Biden-Harris Administration Announces National
Cybersecurity Strategy. The White House. Retrieved From:
https://www.whitehouse.gov/briefing-room/statements-releases/2023/03/02/fact-sheet-
biden-harris-administration-announces-national-cybersecurity-strategy/

Chow, R. (2021). Don't Just Mentor Women and People of Color. Sponsor Them. Harvard
Business Review. Retrieved From: https://hbr.org/2021/06/dont-just-mentor-women-and-
people-of-color-sponsor-them

Covey, S. (2004). Think Win-Win, Principles of Interpersonal Leadership.

Earning Power: Project Management Salary Survey—Twelfth Edition (2021).

Hall, B.J., Malhotra, D. and Bennett, N. (2010). Name Your Price: Compensation Negotiation at
Whole Health Management (A)

Lake, S. (2023). Cybersecurity, computer science salaries are on the rise with workers making
$150K, on average. Forbes. Retrieved From:
https://fortune.com/education/articles/cybersecurity-computer-science-salaries-are-on-
the-rise-with-workers-making-150k-on-average/

Shonk, K. (2004). When setting high goals, beware a backlash. Harvard Law School. Harvard
University.

Wood-Brooks, A. (2004). Dear Negotiation Coach: Defusing negotiation anxiety

How to Help or Hire Transitioning Military (and Their Families) EP37. Unstoppable Together.
Retrieved From: https://unstoppabletogethermovement.com/post-library

3. Irrefutable Evidence that **EXHIBIT P**

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 9 of 19

On June 16, 2023, approximately six months after first learning the LMS workstream was ending and that she must find a new role within Booz Allen, Ms. Ward met Mr. O'Neill who advised her that as of July 7, 2023, she could no longer charge to the NETC Contract.

On July 6, 2023, Ms. Ward interviewed with Aaron Corbett (IT Project Manager, Lead Associate, male, white) and Kirsten Folkedal (Organizational Transformation and Change Consultant, Lead Associate, female, white) for a role on the Analytics and Program Management ("APM") Workstream on the Chief Readiness Support Officer Data Analytics and Governance Support ("OCRSO") contract ("OCRSO Contract") supporting a Department of Homeland Security client in the Civil Sector, Domestic Resilience account. On July 7, 2023, Mr. Corbett and Ms. Folkedal informed Ms. Ward via email that they wanted her to join the APM Workstream full time as a

Page 6
January 31, 2025

Trainer/Instructional Designer.[4] On July 18, 2023, Ms. Ward began working on the OCRSO Contract.

On July 28, 2023, as standard in job transfers, Ms. Garrett had a transfer conversation with Ms. Ward's new leadership to discuss past performance. Ms. Garrett discussed Ms. Ward's need for clear communication, her sensitivity for data requests that include personal information (even those required by the government contract, *see* Section I.v below), and her need for continuous follow-up and clarifications on tasking.

Booz Allen Hamilton's Jann Garrett, further misrepresents the facts in her statement, as Latosha was never told to find a new role because a different Senior Leader was made aware of the discrimination and moved Latosha to another project and team in an act to remove Latosha from what was now a catastrophic extension of both discrimination and retaliation by her team, and in particular, Jann Garrett. While serving on the new team, Jann Garrett insisted on keeping power and control of Latosha by refusing to allow the new team leader to be assigned as her new Career Manger. This discrimination and retaliatory action from Jann Garrett (who was on a totally different project) to continue to blacklist Latosha on her new project despite the Senior Vice President, Charles Johnson attempting to resolve the yearlong discrimination. Latosha had no performance issues despite Jann Garrett attempting to paint a false narrative to Latosha's new team members. Eventually the new team leaders admitted that they were communicated by Jann Garrett to falsely position Latosha to look like a failure

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 10 of 19

as an extended action of retaliation for reporting discrimination. Emily Satterwhite was the internal investigator assigned and was responsible for reporting this as unfounded. If there was a true issue of performance issues, Latosha would have been terminated, but upon a separate investigation, the false performance narrative was determined to be retaliation from Jann Garrett.

Ms. Ward continued to have performance issues while working on the OCRSO Contract. For example, when Ms. Ward was asked to complete training materials for the OCRSO Contract, in her trainer/instructional designer role, she could not complete the task. Additionally, and more problematic, Ms. Ward did not meet leadership's expectations, based on Ms. Ward's resume and interview, on many of the job skills, such as communication and presentation skills.

On October 18, 2023, Justin Reed (IT Program Manager, Senior Associate, male, white), the Program Manager on the OCRSO Contract, informed Ms. Ward of a temporary stop work notice. On November 7, 2023, Mr. Reed delivered a Notice of Removal to Ms. Ward stating that due to performance concerns she has been removed from the OCRSO Contract.

4. Irrefutable Evidence that **EXHIBIT Q**

#### iv.   **Booz Allen terminates Ms. Ward.**

After her removal from the OCRSO Contract, Ms. Ward was placed on the "bench" to look for new billable opportunities within the company. Ms. Ward received full pay, benefits, and access to all internal Booz Allen job search resources while on the bench.

On March 21, 2024, after four months on the bench, because Ms. Ward failed to find a new billable role, Booz Allen issued Ms. Ward a severance letter indicating her employment was being terminated due to lack of billable work matching her skillset. Ms. Ward received a paid notification period from March 22 to April 4, 2024, during which she still failed to find a billable role.

Accordingly, on April 4, 2024, after five, fully paid months on the bench, Booz Allen terminated Ms. Ward's employment.

5. Irrefutable Evidence that **EXHIBIT R**

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

On June 14, 2023, Ms. Ward emailed Frank Wakeham (Mission Business Leader, Vice President, male, white) and Ms. Garrett, with the subject line "1:1 Meeting/Hiring Our Heroes/Joining Forces Feedback and Role Alignment," stating that after speaking with unidentified "senior leadership on the Booz Allen enterprise level," she was "directed" to schedule a one on one meeting to discuss her alignment with the "President's recently released Joining Forces initiative for individuals like [herself]." Although Ms. Garrett was unaware of such direction from senior leadership, Ms. Garrett scheduled a meeting with Ms. Ward. Ms. Garrett also invited Mr. Christian Hendrick

---

[4] Effective August 3, 2023, Ms. Folkedal became Ms. Ward's Job Leader while Mr. Nachtigal remained Ms. Ward's Career Manager. When employees move to a different account (Global Defense/Navy Marine Corp account to Civil/Domestic Resilience account here), the employee must remain on a project for a long-term role before a Career Manager change is triggered.

---

Page 7
January 31, 2025

(Program/Project Management Specialist, Lead Associate, male, white), a Team Lead on one of Ms. Garrett's projects in NETC and a former Hiring Our Heroes fellow, as it initially appeared Ms. Ward wanted to discuss the Hiring Our Heroes program. Ms. Garret approves all Hiring Our Heroes fellows for the Pensacola, FL location. Notably, contrary to Ms. Ward's allegations in the Charge, Mr. Hendrick was hired on March 15, 2021, prior to Ms. Ward being hired over a year later in August 2022. However, Ms. Ward requested Ms. Garrett remove Mr. Hendrick from the meeting "due to PII" concerns. Ms. Garrett complied with the request but included Ms. Billingy in the meeting to assist.

On June 15, 2023, Ms. Billingy and Ms. Garrett attended the meeting with Ms. Ward. During this meeting, Ms. Ward appeared to suggest she was entitled to but had not received some benefits tied to the Hiring Our Heroes fellowship program. Ms. Billingy informed Ms. Ward that Ms. Ward was not a part of Hiring Our Heroes through Booz Allen. Ms. Ward also raised concerns about a

See EXHIBIT C regarding Latosha's Hiring Our Heroes confirmed familial status further confirming Discrimination due to familia status. Rhonda Billingy did not communicate anything regarding the Hiring Our Heroes program a continued to make discrimination remarks and threats regarding Latosha's disability, HIPPA, PII, and PHI.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 12 of 19



6.  Irrefutable Evidence in the form of emailed complaints that Latosha A. Ward **EXHIBIT S**


7.  Irrefutable Evidence that **EXHIBIT T**


> On June 15, 2023, Ms. Billingy and Ms. Garrett attended the meeting with Ms. Ward. During this meeting, Ms. Ward appeared to suggest she was entitled to but had not received some benefits tied to the Hiring Our Heroes fellowship program. Ms. Billingy informed Ms. Ward that Ms. Ward was not a part of Hiring Our Heroes through Booz Allen. Ms. Ward also raised concerns about a PII spill because she incorrectly asserted her resume and home address are PII and that she had concerns with being asked for her social security number to obtain a government Common Access Card ("CAC"), required to access government client sites, systems, or assets.
>
> On June 23, 2023, as a follow-up to a conversation earlier the same day, Ms. Billingy emailed Ms. Ward to document and solicit additional information on "concerns" Ms. Ward raised that included PII spillage concerns, that Ms. Ward was accepted to a role but not allowed to start the position (*see* Section I.B.ii above), and that Ms. Ward had raised "concerns" in the past with no action taken.

Booz Allen Hamilton misrepresented the facts and provided no email or verbal evidence of their false account of their blatantly efforts to retaliate against Latosha A. Ward for pursuing her own new role despite still facing extreme retaliation from her leadership team to blacklist all of her efforts to change roles. Latosha scheduled the appointment with Jann Garret to talk about her recent completion of the Booz Allen Enterprise level Cybersecurity Tech Excellence program as instructed on the graduation day in which Lynn Nychigal was invited

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

by Latosha, the Cybersecurity Senior Vice Presidents in which he attended as Latosha led her team in the Capstone presentation. The focus was on communicating to my leadership cybersecurity within 48 hours of completing the Tech Excellence program, not necessarily the Hiring Our Heroes as these are backed up by irrefutable emails from Latosha to both Jann Garrett and Rhonda Billingy and screenshot evidence noted in the previous EXHIBITS



## Cybersecurity Task Availability

Ward, Latosha [USA]
To  🟡 Garrett, Jann [USA]; 🔴 Hendrick, Christian [USA]
Cc  🔴 Nachtigal, Lynn [USA]

4/6/202

🖼️ Entrusted Information

Jann/Christian,

I'm open and excited to share my marketing expertise (BS in Marketing) and/or Cybersecurity (CySA+) cert upcoming in next 60 days after completion of Booz Allen Cyber Defense Cohort) for any tasks mentioned during today's Team Garrett's monthly meeting. Please let me know how I can contribute.



**Latosha Ward, DHA, PMP, Security+**
**(She/her/hers)**
Senior Consultant, Business Analyst
Global Multicultural Engagement Lead Volunteer
Email: Ward_Latosha@bah.com I Latosha.A.Ward.ctr@us.navy.mil
**Phone** 703-902-5000 **Mobile** 919-605-6019
Unflinching Courage – Passionate Service – Ferocious
Integrity – Collective Ingenuity – Champion's Heart
Booz | Allen | Hamilton
BoozAllen.com

8. Irrefutable Evidence that **EXHIBIT U**

Many senior leaders who were aware of the extended discrimination continued to attempt to assist Latosha each time Jann Garret and her team communicated information to blacklist her after reporting the discrimination and retaliation from reporting it. However Jann Garrett just refused to stop or correct her discrimatory actions or misrepresentation of facts. Latosha A. Ward worked and served in Washington, DC, McLean, VA, Fayetteville, NC and also represented Booz Allen as a spoke person for a high school S.T.E.A.M. Robotics

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 14 of 19

Competition, Business Competition Judge for Wake S.T.E.A.M and many Health Equity events.





9. Irrefutable Evidence that **EXHIBIT V**

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 15 of 19

Most recently, May 2025, Booz Allen Hamilton continues to retaliate against Latosha reporting the discrimination by extending the discrimination to its third-party benefits vendors, by sending mail in her former spouse's ex-wife name to her home address, despite Latosha's former spouse's ex-wife never worked for Booz Allen Hamilton or lived at Latosha's home address to receive mail.

III.
STATEMENT OF UNDISPUTED FACTS AND LEGAL ANALYSIS

Booz Allen Hamilton interfered with Latosha 's most basic needs and continues to take unnecessary actions that do not align with the purpose of justice and fairness during the time of employment using severe discrimination tactics. The Plaintiff, Latosha A. Ward has rights to basics needs of physical survival which are Physiological needs are biological requirements for human survival, e.g., air, food, drink, shelter, clothing, warmth, and sleep, safety needs order, predictability, and control in their lives, love and belongingness needs of human emotional need for interpersonal relationships, affiliating, connectedness, and being part of a group, esteem needs including self-worth, accomplishment, and respect, and self-actualization needs that refer to the realization of a person's potential, self-fulfillment, seeking personal growth, and peak experiences.

Latosha's efforts to work as a privileged Presidentially endorsed former Veteran Spouse utilizing the Ticket to Work program endorsed by Latosha 's HIPPA protected Social Security Administration's highly monitored program to protect Latosha 's efforts where no audits are allowed but audited through the clerks independently on their own ignoring the federal jurisdiction policy.

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

Booz Allen Hamilton appear to not have a cybersecurity and incidence response plan in place to reverse the extensive exposure of FERPA and PII breaches

## IV.
## SUMMARY JUDGMENT STANDARD ADDRESSING EMPLOYER'S CLAIM

*A **Summary Judgement to the Plaintiff, Latosha Ward** is appropriate if "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and the **Plaintiff, Latosha A. Ward** is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c); Hines v. Consol. Rail Corp., 926 F.2d 262, 267 (3d Cir. 1991). The Exhibits submitted in this **This Complaint for Employment Discrimination** clearly identify irrefutable compelling evidence of Latosha A. Ward being unfairly treated or harassed at work because of her, race, color, sex, disability, and familial status.  A party moving for summary judgment bears the initial responsibility of informing **The United States District Court for The District of Columbia, Washington, DC Division** of the basis for its charge and identifying the aspects of the record which it believes demonstrate the absence of a genuine issue of material fact. Once the party makes this initial showing, the burden shifts to the non-**Plaintiff, Latosha A. Ward** to demonstrate that there is in fact a genuine issue of material fact. Booz Allen Hamilton has not only failed to identify a genuine issue of material fact but is determined to misrepresent the facts despite overwhelming contrary evidence. United States v. 107.9 Acre Parcel of Land in Warren Twp., 898 F.2d 396, 398 (3d Cir. 1990). The **Defendant, Booz Allen Hamilton,** in meeting its burden, is not entitled to all reasonable inferences in its favor. Ultimately, the **Defendant, Booz Allen Hamilton,** must present sufficient evidence from which a reasonable **Summary Judgement** could return a determination in the **Plaintiff, Latosha A. Ward's** FAVOR. As of the date of this **This Complaint for Employment Discrimination** , Booz Allen Hamilton has not submitted sufficient evidence, only falsified counts in which Latosha A. Wards time and date stamped Exhibits confirm.*

## V.
## ARGUMENT ADDRESSING MISSING INFORMATION

Plaintiff, Latosha A. Ward has performed all due diligence required by The United States District Court for The District of Columbia, Washington, DC Division.

A. Booz Allen Hamilton bears a heavy burden. The administrative exemption is to be "narrowly construed." Booz Allen Hamilton not only bears the burden of proof, but in The United States District Court for The District of Columbia, Washington, DC Division it must demonstrate that the exemption applies "plainly and unmistakably."

The Defendant, Booz Allen Hamilton has not met the burden of proof and have coordinated efforts to extend the efforts to oppress, overburden, annoy, humiliate and circumvent federal corrections of actions in which Booz Allen Hamilton created without resolution over an extended two-year period. The Plaintiff, Latosha A. Ward by contacting and involving multiple federal

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

agencies with misinformation to alter the Plaintiff, Latosha A. Ward's rights per the **Title VII of the Civil Rights Act of 1964**

The United States District Court for The District of Columbia, Washington, DC Division has specific rules and regulations that Booz Allen Hamilton has not submitted a burden of proof in compliance over a two-year period. The Plaintiff, Latosha A. Ward suffered. The damage has been extensive to the Plaintiff, Latosha A. Ward on not only a federal level, but a global level. Reversal actions may take the rest of the Plaintiff, Latosha A. Ward's lifetime to repair due to the reduction of rights not only per the **Title VII of the Civil Rights Act of 1964**, but also to Maslow's Hierarchy of basics needs of physical survival which are Physiological needs are biological requirements for human survival, e.g., air, food, drink, shelter, clothing, warmth, and sleep, safety needs order, predictability, and control in their lives, love and belongingness needs of human emotional need for interpersonal relationships, affiliating, connectedness, and being part of a group, esteem needs including self-worth, accomplishment, and respect, and self-actualization needs that refer to the realization of a person's potential, self-fulfillment, seeking personal growth, and peak experiences. The National Security Act of 1947 and Presidential Policy Directive 19 (PPD-19) provides guidelines regarding federal employees and contractors with Secret Clearance and Trusted Clearance per "slander" refers to a defamatory statement made orally, while "libel" is a written defamatory statement. The Booz Allen Hamilton's level of both slander and libel not only jeopardizes the Plaintiff, Latosha A. Ward, but all-American Citizens who sacrifice their livelihood and those household members that depend on them to serve the country and serve a Veteran as a Veteran Spouse with a disability without the fear of retaliation. The Plaintiff, Latosha A. Ward has spent significant amounts of income to retain the Maslow's Hierarchy of basics needs in which The United States District Court for The District of Columbia, Washington, DC Division has the proper Jurisdiction to Order in the Plaintiff, Latosha A. Ward's FAVOR.

VI.
CONCLUSION

Latosha A. Ward has demonstrated that the Defendant, Booz Allen Hamilton violated several of the Plaintiff, Latosha A. Wards' Constitutional and Federal rights as fore described. The Plaintiff, Latosha A. Ward respectfully requesting a Summary Judgement to the Plaintiff, Latosha Ward that includes Equitable Relief (Make Whole Relief) to restore the Plaintiff, Latosha A. Ward to the position Latosha would have been in if the discrimination hadn't occurred. Latosha has a right to back pay, front pay, reinstatement, promotion, and the truth about her in performance ratings.

The Plaintiff, Latosha A. Ward respectfully requests both punitive and compensatory damages requiring Booz Allen Hamilton being ordered to pay the Plaintiff, Latosha A. Ward not only for the actual losses suffered (compensatory damages), but also an additional amount meant to punish Booz Allen Hamilton for their egregious conduct and deter future similar actions (punitive damages) to hold Booz Allen Hamilton accountable for both the harm caused and the malicious nature of their actions.

The burden of demonstrating that each element of the narrowly construed Administrative Exemption applies falls on Booz Allen Hamilton. Because Booz Allen Hamilton will be unable to meet this heavy burden, the Plaintiff, Latosha A. Ward respectfully requests that The United

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

States District Court for The District of Columbia, Washington, DC Division grant the Summary Judgement to the Plaintiff, Latosha Ward.

Respectfully submitted,

Latosha A. Ward, Plaintiff
July 17, 2025

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
– Page 19 of 19